Andrew C. Schwartz (State Bar No. 064578)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone:    (925) 947-1147
Facsimile:    (925) 947-1131
E-Mail: Schwartz@cmslaw.com

Mark E. Merin (State Bar No. 043849)
Joshua Kaizuka (State Bar No. 212195)
LAW OFFICES OF MARK E. MERIN
2001 P Street, Suite 100
Sacramento, California 95814
Telephone:    (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail: mark@markmerin.com

Karen L. Snell (State Bar No. 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748
E-Mail: ksnell@clarencedyer.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. SCHILLING, on behalf of himself and all those similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>TRANSCOR AMERICA, LLC, SGT. JOHN SMITH, OFFICER BLANDEN, and DOES 1 through 100,<br><br>　　　　Defendants. | Case No. C08-00941 JL<br><br>PROOF OF SERVICE OF SUMMONS, COMPLAINT, ETC. ON DEFENDANT TRANSCOR AMERICA, LLC. |

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| SEE ATTACHED LIST<br>Service of the Summons and complaint was made by me(1) | DATE<br>2/19/2008 | 11:00 AM |
| NAME OF SERVER (PRINT)<br>J. ALDANA | TITLE  LOS ANGELES COUNTY<br>REGISTERED CALIFORNIA PROCESS SERVER/#5261 | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: TRANSCOR AMERICA, LLC, CT CORPORATION SYSTEM 818 WEST SEVENTH STREET, LOS ANGELES, CA 90017, BY SERVING MARIA SANCHEZ, AGENT FOR SERVICE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES<br>$70.00 | TOTAL<br>$70.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date

*Signature of Server*

ONE HOUR LEGAL SERVICE
1280 BOULEVARD WAY SUITE 205
WALNUT CREEK, CA 94595

*Address of Server*

(925) 947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT, ECF REGISTRATION INFORMATION HANDOUT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, GUIDELINES, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE