1  Justus C. Spillner, # 067638                    (SPACE BELOW FOR FILING STAMP ONLY)
   McCormick, Barstow, Sheppard,
2  Wayte & Carruth LLP
   P.O. Box 28912
3  5 River Park Place East
   Fresno, CA  93720-1501
4  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
5
   Attorneys for Defendants
6  TRANSCOR AMERICA, LLC

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  KEVIN M. SCHILLING, on behalf of        Case No.  3:08-cv-00941 JL
    himself and all those similarly situated,
12                                          **NOTICE OF MOTION AND MOTION TO**
                    Plaintiff,              **DISMISS PLAINTIFF'S CLASS ACTION**
13                                          **COMPLAINT AND FOR A MORE**
            v.                              **DEFINITE STATEMENT**
14
    TRANSCOR AMERICA, LLC, SGT.             Date:      April 16, 2008
15  JOHN SMITH, OFFICER BLANDEN, and        Time:      9:30 a.m.
    DOES 1 through 100,                     Courtroom:  F
16
                    Defendants.
17

18          TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

19          PLEASE TAKE NOTICE that Defendant TRANSCOR AMERICA, LLC, will and hereby

20  does move for an Order dismissing Plaintiff KEVIN M. SCHILLING'S "Class Action

21  Complaint" pursuant to Rules 12(1) & (6) of the Federal Rules of Civil Procedure for lack of

22  standing to assert class claims for violations of the Fourth and Eighth Amendment, for lack of

23  standing to seek declaratory and/or injunctive relief, and for failure to state a legally cognizable

24  claim for relief under California's Unruh Civil Rights Act.  Defendant additionally moves for an

25  Order requiring a more definite statement as to the basis for Plaintiff's state law claims.

26  ///

27  ///

28  ///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT AND FOR A
MORE DEFINITE STATEMENT

1    The Motion is based on this Notice of Motion, the Memorandum of Points and Authorities

2  filed concurrently herewith, any Reply submitted to an opposition of the same, Defendant's

3  Request for Judicial Notice, on the records and files on this matter, and upon such oral and

4  documentary evidence which may be presented at any hearing on the Motion.

5

6  Dated: March 10, 2008                                        McCORMICK, BARSTOW, SHEPPARD,
                                                                 WAYTE & CARRUTH LLP
7

8
                                                          By:          /s/ Justus C. Spillner
9                                                                        Justus C. Spillner
                                                                       Attorneys for Defendants
10                                                                   TRANSCOR AMERICA, LLC

11

12  00003/00010-1200346.v1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT AND FOR A
MORE DEFINITE STATEMENT

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California  93720-1501.  On March 10, 2008, I served the within documents:

**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT AND FOR A MORE DEFINITE STATEMENT**

☐     **BY FAX:**  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐     **BY PERSONAL DELIVERY:**  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐     **BY MAIL:**  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐     **BY OVERNIGHT MAIL:**  by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☒     **BY ELECTRONIC SUBMISSION:**  per court order, submitted electronically by Verilaw to be posted to the website and notice given to all parties that the document has been served.

Andrew C. Schwartz
CASPER, MEADOWS, SCHWARTZ
& COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
Fax: (925) 947-1131
Email: Schwartz@cmslaw.com

Mark Merin
Joshua Kaizuka
LAW OFFICES OF MARK E. MERIN
2001 P Street, Suite 100
Sacramento, CA  95814
Fax: (916) 447-8336
Email: mark@markmerin.com

Karen L. Snell
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA  94117
Fax: (415) 487-0748
Email: ksnell@clarencedyer.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT AND FOR A MORE DEFINITE STATEMENT

1

   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

2

   Executed on March 10, 2008, at Fresno, California.

3

4

                                                    /s/ Anne E. Jennings
5                                                      Anne E. Jennings

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

4

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT AND FOR A MORE DEFINITE STATEMENT