1  Justus C. Spillner, # 067638                    (SPACE BELOW FOR FILING STAMP ONLY)
   McCormick, Barstow, Sheppard,
2  Wayte & Carruth LLP
   P.O. Box 28912
3  5 River Park Place East
   Fresno, CA  93720-1501
4  Telephone:     (559) 433-1300
   Facsimile:     (559) 433-2300
5
   Attorneys for Defendants
6  TRANSCOR AMERICA, LLC

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  KEVIN M. SCHILLING, on behalf of        Case No.  3:08-cv-00941 JL
    himself and all those similarly situated,
12                                          **DEFENDANT'S REQUEST FOR**
              Plaintiff,                    **JUDICIAL NOTICE IN SUPPORT OF**
13                                          **MOTION TO DISMISS AND MOTION**
          v.                                **FOR MORE DEFINITE STATEMENT**
14
    TRANSCOR AMERICA, LLC, SGT.             Date:      April 16, 2008
15  JOHN SMITH, OFFICER BLANDEN, and        Time:      9:30 a.m.
    DOES 1 through 100,                     Courtroom: F
16
              Defendants.
17

18         Defendant TRANSCOR AMERICA, LLC, hereby requests that this Court take judicial

19  notice of the following:

20         1.     Plaintiff KEVIN M. SCHILLING'S Class Action Complaint in this action, filed

21  with this Court on February 14, 2008.

22         This request is made pursuant to Rule 201(b)(2) of the Federal Rules of Civil Procedure,

23  as this document is capable of accurate and ready determination by reference to sources whose

24  accuracy cannot reasonably be questioned.

25  Dated: March 10, 2008               McCORMICK, BARSTOW, SHEPPARD,
                                             WAYTE & CARRUTH LLP
26
                                        By:_____/s/ Justus C. Spillner_____
27                                                   Justus C. Spillner
    00003/00010-1200353.v1                      Attorneys for Defendant
28                                          TRANSCOR AMERICA, LLC

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

                              REQUEST FOR JUDICIAL NOTICE

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On March 10, 2008, I served the within documents:

**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☒ **BY ELECTRONIC SUBMISSION:** per court order, submitted electronically by Verilaw to be posted to the website and notice given to all parties that the document has been served.

Andrew C. Schwartz
CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
Fax: (925) 947-1131
Email: Schwartz@cmslaw.com

Mark Merin
Joshua Kaizuka
LAW OFFICES OF MARK E. MERIN
2001 P Street, Suite 100
Sacramento, CA 95814
Fax: (916) 447-8336
Email: mark@markmerin.com

Karen L. Snell
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Fax: (415) 487-0748
Email: ksnell@clarencedyer.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2

REQUEST FOR JUDICIAL NOTICE

1

2

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

3

Executed on March 10, 2008, at Fresno, California.

4

5

_____/s/ Anne E. Jennings_____
Anne E. Jennings

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

REQUEST FOR JUDICIAL NOTICE