| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |

KEVIN SCHILLING,

    Plaintiff(s),                            No.C08-0941JL

    v.                                  **NOTICE OF CONTINUANCE**

TRANSCOR AMERICA,

    Defendant(s).

_____/

    Defendant's motion to dismiss in the above entitled case is hereby continued (from April 16, 2008) to May 14, 2008 @ 9:30 a.m. in Courtroom F before Chief Magistrate Judge James Larson.

Dated: March 11, 2008

                                            *Wings Hom*
                                      _____
                                        Wings Hom Courtroom Deputy  to
                                        Chief United States Magistrate Judge
                                        James Larson