# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Kevin M. Schilling

Plaintiff(s),

v.

Transcor America, LLC, Sgt. John Smith, Officer Blanden, and Does 1 through 10

Defendant(s).

Case No. 3:08-cv-00941 JL

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 1, 2008

[Party]
Kevin Schilling

Dated: May 1, 2008

[Counsel]
Andrew Schwartz

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05                                                                 NDC-17A