UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Kevin M. Schilling

        Plaintiff(s),

v.

Transcor America, LLC, Sgt. John Smith, Officer Blanden, et al
        Defendant(s).

No. 3:08-cv-00941 JL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 5, 2008

Andrew C. Schwartz
_____
Signature

Counsel for **Plaintiff**
(Plaintiff, Defendant or indicate "pro se")

NDC-07