UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN M. SCHILLING, on behalf of himself
and all those similarly situated,

             Plaintiff(s),

      v.

TRANSCOR AMERICA, LLC, SGT. JOHN
SMITH, OFFICER BLANDEN, and DOES 1
through 100.
           Defendant(s).

_____/

No. C  08 - 00941 JL

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

Dated: 05 / 06 / 08 _____

Signature _____

Counsel for / Def. Transcor America, LLC
(Plaintiff, Defendant, or indicate "pro se")