IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN M. SCHILLING,   No. C 08-00941SI

    Plaintiff,   **NOTICE**

v.

TRANSCOR AMERICA,

    Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT defendant's motion to dismiss has been scheduled to occur on Friday, August 15, 2008, at 9:00 a.m. in Courtroom #10 on the 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102

The initial case management conference has been scheduled to occur on Friday, September 26, 2008, at 2:00 p.m.

Dated: June 3, 2008   RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk