ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

June 6, 2008

Mark E. Merin
Joshua Kaizuka
Law Office of Mark E. Merin
2001 P Street, Suite 100
Sacramento, CA 95814
916-443-6911

Andrew Charles Schwartz
Casper Meadows Schwartz & Cook
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, CA 94596
925-947-1147

Justus C. Spillner, III
Matthew Edward Fletcher
McCormick Barstow Sheppard Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93729-8912
559-433-1300

Karen Leigh Snell
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
415-225-7592

Re:     Schilling v. Transcor America LLC
        <u>Case No. C 08-00941 SI MED</u>

Dear Counsel:

The ADR Program would like to convene a conference call with one of our legal staff to discuss the Mediation referral. We would like to schedule this for **Thursday, June 19, 2008 at 10:00 a.m.** This office will initiate the call to the phone numbers above unless directed otherwise. If you are unavailable at this time, please contact the other participants and provide me with three alternative times you all are available.

Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator