1  Matthew E. Fletcher, # 198028
　 Nicholas C. Miller, # 249003
2  McCormick, Barstow, Sheppard,
　 Wayte & Carruth LLP
3  P.O. Box 28912
　 5 River Park Place East
4  Fresno, CA 93720-1501
　 Telephone:  (559) 433-1300
5  Facsimile:   (559) 433-2300

6  Attorneys for Defendants
　 TRANSCOR AMERICA, LLC, SGT. JOHN
7  SMITH, OFFICER BLANDEN

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

KEVIN M. SCHILLING, on behalf of himself and all those similarly situated,,

Plaintiff,

v.

TRANSCOR AMERICA, LLC, SGT. JOHN SMITH, OFFICER BLANDEN, and DOES 1 through 100,,

Defendants.

Case No. CV 08-00941 SI

**STIPULATION TO OPT OUT OF THE NORTHERN DISTRICT COURT'S ADR PROGRAM**

The parties, through their attorneys of record, herein do agree and stipulate to opt out of the Northern District Court's ADR program and agree to pursue a mutually agreed upon private individual to mediate this case after the parties have conducted necessary discovery.

Dated: July 15, 2008

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/ Matthew E. Fletcher
　　　　Matthew E. Fletcher
　　　　Nicholas C. Miller
　　Attorneys for Defendants
　TRANSCOR AMERICA, LLC, SGT.
　JOHN SMITH, OFFICER BLANDEN

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION

| | |
|---|---|
| Dated: July ____, 2008 | CASPER MEADOWS, SCHWARTZ & COOK |
| | By: /s/ Andrew C. Schwartz |
| | Andrew C. Schwartz |
| | Attorneys for Plaintiff |
| | KEVIN M. SCHILLING |
| Dated: July ____, 2008 | LAW OFFICES OF MARK E. MERIN |
| | By: _____ |
| | Mark E. Merin |
| | Attorneys for Plaintiff |
| | KEVIN M. SCHILLING |
| Dated: July ____, 2008 | |
| | By: _____ |
| | Karen L. Snell |
| | Attorneys for Plaintiff |
| | KEVIN M. SCHILLING |

15739/00026-1244899.v1

2

STIPULATION

| | | |
|---|---|---|
| 1 | Dated: July _____, 2008 | CASPER MEADOWS, |
| 2 | | SCHWARTZ & COOK |
| 3 | | |
| 4 | | By:_____ |
| 5 | | Andrew C. Schwartz |
| | | Attorneys for Plaintiff |
| 6 | | KEVIN M. SCHILLING |
| 7 | Dated: July 22, 2008 | LAW OFFICES OF MARK E. MERIN |
| 8 | | |
| 9 | | By: /s/ Mark E. Merin |
| 10 | | Mark E. Merin |
| | | Attorneys for Plaintiff |
| 11 | | KEVIN M. SCHILLING |
| 12 | Dated: July _____, 2008 | |
| 13 | | |
| 14 | | By:_____ |
| 15 | | Karen L. Snell |
| | | Attorneys for Plaintiff |
| 16 | | KEVIN M. SCHILLING |

17   15739/00026-1244899.v1

2

STIPULATION