1   Matthew E. Fletcher, # 198028                    (SPACE BELOW FOR FILING STAMP ONLY)
    Nicholas C. Miller, # 249003
2   McCormick, Barstow, Sheppard,
    Wayte & Carruth LLP
3   P.O. Box 28912
    5 River Park Place East
4   Fresno, CA  93720-1501
    Telephone:    (559) 433-1300
5   Facsimile:    (559) 433-2300

6   Attorneys for Defendants
    TRANSCOR AMERICA, LLC, SGT. JOHN
7   SMITH, OFFICER BLANDEN

8                        UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT

10

11
    KEVIN M. SCHILLING, on behalf of        Case No.  CV 08-00941 SI
12  himself and all those similarly situated,,
                                            **NOTICE OF CHANGE IN COUNSEL**
13              Plaintiff,

14        v.

15  TRANSCOR AMERICA, LLC, SGT.
    JOHN SMITH, OFFICER BLANDEN, and
16  DOES 1 through 100,,

17              Defendants.

18

19              TO THE CLERK OF THE COURT AND ALL PARTIES HEREIN:

20              NOTICE  IS  HEREBY  GIVEN  that  effective  immediately  JUSTUS  C.

21  SPILLNER,  counsel  at  McCormick  Barstow  LLP  representing  Defendants  TRANSCOR

22  AMERICA, LLC, SGT. JOHN SMITH, OFFICER BLANDEN, is no longer counsel of record for

23  any party in this litigation.  As such, JUSTUS C. SPILLNER should be removed from the proof

24  of service for this case.

25              Defendants  TRANSCOR  AMERICA,  LLC,  SGT.  JOHN  SMITH,  OFFICER

26  BLANDEN will continue to be represented by Matthew E. Fletcher and Nicholas C. Miller of

27  McCormick Barstow LLP.

28  ///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

1           The telephone number, mailing address, email address, and fax number for

2    Matthew E. Fletcher and Nicholas C. Miller will not change.

3

4    Dated: July 31, 2008                    McCORMICK, BARSTOW, SHEPPARD,
                                                      WAYTE & CARRUTH LLP

5

6                                              By:_____/s/ Justus C. Spillner_____
                                                        Justus C. Spillner
7                                                       Matthew E. Fletcher
                                                        Nicholas C. Miller
8                                                    Attorneys for Defendants
                                                  TRANSCOR AMERICA, LLC, SGT.
9                                                 JOHN SMITH, OFFICER BLANDEN

10

11

12   Dated: July 31, 2008                    McCORMICK, BARSTOW, SHEPPARD,
                                                      WAYTE & CARRUTH LLP

13

14                                             By:_____/s/ Nicholas C. Miller_____
                                                        Matthew E. Fletcher
15                                                      Nicholas C. Miller
                                                     Attorneys for Defendants
16                                                TRANSCOR AMERICA, LLC, SGT.
                                                  JOHN SMITH, OFFICER BLANDEN

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF CHANGE IN COUNSEL

**PROOF OF SERVICE**

       I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California  93720-1501.  On July 31, 2008, I served the within documents:

**NOTICE OF CHANGE IN COUNSEL**

☐    **BY FAX:**  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐    **BY PERSONAL DELIVERY:**  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐    **BY MAIL:**  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐    **BY OVERNIGHT MAIL:**  by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☒    **BY ELECTRONIC SUBMISSION:**  per court order, submitted electronically by Verilaw to be posted to the website and notice given to all parties that the document has been served.

Andrew C. Schwartz
CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
Fax: (925) 947-1131
Email: Schwartz@cmslaw.com

Mark Merin
Joshua Kaizuka
LAW OFFICES OF MARK E. MERIN
2001 P Street, Suite 100
Sacramento, CA  95814
Fax: (916) 447-8336
Email: mark@markmerin.com

Karen L. Snell
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA  94117
Fax: (415) 487-0748
Email: ksnell@clarencedyer.com

       I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

NOTICE OF CHANGE IN COUNSEL

1

        I declare that I am employed in the office of a member of the bar of this court at
whose direction the service was made.

2

        Executed on July 31, 2008, at Fresno, California.

3

4

5

                                                    /s/ Anne E. Jennings
                                                    Anne E. Jennings

6

15739/00026-1255954.v1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

4

NOTICE OF CHANGE IN COUNSEL