Matthew E. Fletcher, # 198028
Nicholas C. Miller, # 249003
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
TRANSCOR AMERICA, LLC, SGT. JOHN SMITH, OFFICER BLANDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

KEVIN M. SCHILLING, on behalf of himself and all those similarly situated,,

Plaintiff,

v.

TRANSCOR AMERICA, LLC, SGT. JOHN SMITH, OFFICER BLANDEN, and DOES 1 through 100,,

Defendants.

Case No. CV 08-00941 SI

**STIPULATION TO OPT OUT OF THE NORTHERN DISTRICT COURT'S ADR PROGRAM**

The parties, through their attorneys of record, herein do agree and stipulate to opt out of the Northern District Court's ADR program and agree to pursue a mutually agreed upon private individual to mediate this case after the parties have conducted necessary discovery.

Dated: July 15, 2008

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/ Matthew E. Fletcher
   Matthew E. Fletcher
   Nicholas C. Miller
   Attorneys for Defendants
   TRANSCOR AMERICA, LLC, SGT.
   JOHN SMITH, OFFICER BLANDEN

```
 1
 2   Dated: July ____, 2008                    CASPER MEADOWS,
                                               SCHWARTZ & COOK
 3
 4                                         By: _____
                                               Andrew C. Schwartz
 5                                             Attorneys for Plaintiff
                                               KEVIN M. SCHILLING
 6
 7   Dated: July ____, 2008                    LAW OFFICES OF MARK E. MERIN
 8
 9                                         By: _____
                                               Mark E. Merin
10                                             Attorneys for Plaintiff
                                               KEVIN M. SCHILLING
11
12   Dated: July ____, 2008
13
14                                         By: _____
                                               Karen L. Snell
15                                             Attorneys for Plaintiff
                                               KEVIN M. SCHILLING
16
17   15739/00026-1244899.v1
```

IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dated: July _____, 2008 | CASPER MEADOWS,<br>SCHWARTZ & COOK<br><br>By:_____<br>Andrew C. Schwartz<br>Attorneys for Plaintiff<br>KEVIN M. SCHILLING |
| Dated: July 22, 2008 | LAW OFFICES OF MARK E. MERIN<br><br>By: _/s/ Mark E. Merin_____<br>Mark E. Merin<br>Attorneys for Plaintiff<br>KEVIN M. SCHILLING |
| Dated: July _____, 2008 | By:_____<br>Karen L. Snell<br>Attorneys for Plaintiff<br>KEVIN M. SCHILLING |

15739/00026-1244899.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP

2

STIPULATION