IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FATIMA MOHAMED YAHYA GHAZI,   No. C 08-01237SI

    Plaintiff,   **NOTICE**

v.

UNITED STATES DEPT OF STATE,

    Defendant.
_____/

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been continued to Friday, October 10, 2008, at 2:00 p.m.

Dated: September 5, 2008                    RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk