IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SEPTEMBER 26, 2008 CASE MANAGEMENT CONFERENCES

_____/

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT due to the Court's unavailability, the cases indicated below have been continued to Friday, November 14, 2008, at 2:00 p.m.

C-08-0941 KEVIN SCHILLING v. TRANSCOR AMERICA
Initial Case Management Conference

-----------

C-08-2931 ANJELA RUSH-JACKSON v. CITIGROUP
Initial Case Management Conference

-----------

C-08-2977 KENNETH BARKER v. ROUND HILL COUNTRY CLUB
Initial Case Management Conference

-----------

C-08-2966 YIN LING LEE v. CITY OF EL CERRITO
Initial Case Management Conference

-----------

Dated: September 5, 2008                          RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk