Matthew E. Fletcher, # 198028
Nicholas C. Miller, # 249003
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
TRANSCOR AMERICA, LLC, SGT. JOHN
SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN M. SCHILLING, JOHN PINEDO,
WILLIAM TELLEZ, on behalf of
themselves and all those similarly situated,

Plaintiff,

v.

TRANSCOR AMERICA, LLC, SGT.
JOHN SMITH, OFFICER BLANDEN, and
DOES 1 through 100,

Defendants.

Case No.  3:08-cv-00941-SI

**ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT**

**DEMAND FOR JURY TRIAL**

COME NOW, DEFENDANTS TRANSCOR AMERICA, LLC and SGT. JOHN SMITH

and hereby answer the unverified First Amended Class Action Complaint of Plaintiffs KEVIN M.

SCHILLING, JOHN PINEDO, and WILLIAM TELLEZ, on behalf of themselves and all those

similarly situated, as follows:

**I.**
**INTRODUCTION**

1.    These answering Defendants hereby deny all averments contained in Paragraph 1

of the First Amended Complaint to the extent that it is alleged that these answering Defendants

violated any of the plaintiffs' constitutional rights and/or those constitutional rights of similarly

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

situated persons. These answering Defendants further deny that Plaintiffs have standing to seek declaratory and/or injunctive relief in this action.

2.    These answering Defendants hereby deny all averments contained in Paragraph No. 2 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  As to the remaining allegations of Paragraph 2, if any there are, these answering Defendants hereby deny all such allegations.

3.    These answering Defendants hereby deny all averments contained in Paragraph No. 3 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required. These answering Defendants further deny that Plaintiffs have standing to seek declaratory and/or injunctive relief in this action. As to the remaining allegations of Paragraph 3, if any there are, these answering Defendants hereby deny all such allegations.

4.    These answering Defendants hereby deny all averments contained in Paragraph No. 4 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  As to the remaining allegations of Paragraph 4, if any there are, these answering Defendants hereby deny all such allegations.

5.    These answering Defendants hereby deny all averments contained in Paragraph No. 5 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  As to the remaining allegations of Paragraph 5, if any there are, these answering Defendants hereby deny all such allegations.  These answering Defendants further deny that Plaintiffs are entitled to any damages whatsoever as alleged in Paragraph 5.

6.    These answering Defendants hereby deny all averments contained in Paragraph No. 6 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  As to the remaining allegations of Paragraph 6, if any there are, these answering Defendants hereby deny all such allegations.  These answering Defendants further deny that Plaintiffs are entitled to any damages whatsoever as alleged in Paragraph 6.

## II.
## JURISDICTION

7.    These answering Defendants admit that 28 U.S.C. §§ 1331 and 1343 confer jurisdiction onto a federal district court to adjudicate claims brought pursuant to 42 U.S.C. §1983. These answering Defendants admit that 28 U.S.C. § 1391(b) confers venue onto a federal district court when the events giving rise to a cause of action occur within its jurisdiction.  As to whether Plaintiffs have or will be able to meet these jurisdictional requirements throughout the course of this litigation, these answering Defendants are unable to so admit or deny.

8.    These answering Defendants admit that 28 U.S.C. §1367 confers supplemental jurisdiction onto a federal district court to adjudicate claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.  As to whether Plaintiff have or will be able to meet the necessary jurisdictional requirements throughout the course of this litigation, these answering Defendants are unable to so admit or deny.

9.    These answering Defendants admit the averments contained in Paragraph No. 9 of the First Amended Complaint.

## III.
## PARTIES

10.    These answering Defendants have no information or belief as to the allegations in Paragraph No. 10 of the First Amended Complaint.

11.    These answering Defendants have no information or belief as to the allegations in Paragraph No. 11 of the First Amended Complaint.

12.    These answering Defendants have no information or belief as to the allegations in Paragraph No. 12 of the First Amended Complaint.

13.    Defendant TRANSCOR AMERICA, LLC, admits that it is a private corporation whose business includes and entails the transportation of persons between various locations within the State of California.  As to all other allegations in this paragraph, if any there are, Defendant TRANSCOR AMERICA, LLC denies each of them.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

14.     These answering Defendants admit that SGT. JOHN SMITH was formerly employed by Defendant TRANSCOR AMERICA, LLC.

15.     These answering Defendants are not aware of, and are unable to identify, any past or present employee/agent of TRANSCOR AMERICA, LLC, with the name "BLANDEN" or any person who reasonably resembles that name.  As such, these answering Defendants lack sufficient information or belief to admit or deny the averments contained in Paragraph 15 of the First Amended Complaint, and on that basis deny those averments, and each of them.

16.     These answering Defendants lack sufficient information or belief to admit or deny the averments contained in Paragraph 16 of the First Amended Complaint, and on that basis deny those averments, and each of them.

17.     These answering Defendants hereby deny all averments contained in Paragraph No. 17 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  As to the remaining allegations of Paragraph 17, if any there are, these answering Defendants hereby deny all such allegations.

18.     These answering Defendants hereby deny all averments contained in Paragraph No. 18 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  These answering Defendants further deny that class certification is appropriate or permissible in this action, and likewise deny that Plaintiffs have standing to assert their claims on behalf of any other individuals.  As to the remaining allegations of Paragraph 18, if any there are, these answering Defendants hereby deny all such allegations.

19.     These answering Defendants hereby deny all averments contained in Paragraph No. 19 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  These answering Defendants further deny that class certification is appropriate or permissible in this action, and likewise deny that Plaintiffs have standing to assert their claims on behalf of any other individuals.  As to the remaining allegations of Paragraph 19, if any there are, these answering Defendants hereby deny all such allegations.

## IV.
## FACTS

20.     These answering Defendants have no information or belief as to the allegations in Paragraph No. 20 of the First Amended Complaint.

21.     These answering Defendants hereby deny all averments contained in Paragraph No. 21 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  These answering defendants admit that TRANSCOR AMERICA, LLC restrains all of the individuals which it transports for safety purposes so as to prevent the passengers from being able to physically harm another person and to ensure that TRANSCOR AMERICA, LLC employees are able to maintain control over the transported individuals while the vehicle is traveling to its destination.  As to the remaining allegations of Paragraph No. 21, if any there are, these answering Defendants lack sufficient information or belief to admit or deny the same, and on that basis deny those allegations, and each of them.

22.     These answering Defendants hereby deny all averments contained in Paragraph No. 22 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required. As to the remaining allegations of Paragraph No. 22, if any there are, these answering Defendants lack sufficient information or belief to admit or deny the same, and on that basis deny those allegations, and each of them.

23.     These answering Defendants hereby deny all averments contained in Paragraph No. 23 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required. As to the remaining allegations of Paragraph No. 23, if any there are, these answering Defendants lack sufficient information or belief to admit or deny the same, and on that basis deny those allegations, and each of them.

24.     These answering Defendants hereby deny all averments contained in Paragraph No. 24 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required. As to the remaining allegations of Paragraph No. 24, if any there are, these answering Defendants deny those allegations, and each

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

1  of them.

2       25.     These answering Defendants lack sufficient information or belief to admit or deny

3  the allegations in Paragraph No. 25 of the First Amended Complaint.

4       26.     These answering Defendants lack sufficient information or belief to admit or deny

5  the allegations in Paragraph No. 26 of the First Amended Complaint and on that basis deny those

6  allegations, and each of them.

7       27.     These answering Defendants hereby deny all averments contained in Paragraph

8  No. 27 of the First Amended Complaint to the extent that they contain statements of opinion

9  and/or legal conclusions to which no response is required.  These answering defendants admit that

10  TRANSCOR AMERICA, LLC restrains all of the individuals which it transports for safety

11  purposes so as to prevent the passengers from being able to physically harm another person and to

12  ensure that TRANSCOR AMERICA, LLC employees are able to maintain control over the

13  transported individuals while the vehicle is traveling to its destination. As to the remaining

14  allegations of Paragraph No. 27, if any there are, these answering Defendants lack sufficient

15  information or belief to admit or deny the same, and on that basis deny those allegations, and each

16  of them.

17       28.     These answering Defendants lack sufficient information or belief to admit or deny

18  the allegations in Paragraph No. 28 of the First Amended Complaint and on that basis deny those

19  allegations, and each of them.

20       29.     These answering Defendants hereby deny all averments contained in Paragraph

21  No. 29 of the First Amended Complaint to the extent that they contain statements of opinion

22  and/or legal conclusions to which no response is required. As to the remaining allegations of

23  Paragraph No. 29, if any there are, these answering Defendants lack sufficient information or

24  belief to admit or deny the same, and on that basis deny those allegations, and each of them.

25       30.     These answering Defendants lack sufficient information or belief to admit or deny

26  the allegations in Paragraph No. 30 of the First Amended Complaint.

27       31.     These answering Defendants hereby deny all averments contained in Paragraph

28  No. 31 of the First Amended Complaint to the extent that they contain statements of opinion

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

and/or legal conclusions to which no response is required. These answering defendants admit that TRANSCOR AMERICA, LLC restrains all of the individuals which it transports for safety purposes so as to prevent the passengers from being able to physically harm another person and to ensure that TRANSCOR AMERICA, LLC employees are able to maintain control over the transported individuals while the vehicle is traveling to its destination. As to the remaining allegations of Paragraph No. 31, if any there are, these answering Defendants lack sufficient information or belief to admit or deny the same, and on that basis deny those allegations, and each of them.

32.    These answering Defendants hereby deny all averments contained in Paragraph No. 32 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required. These answering defendants admit that TRANSCOR AMERICA, LLC restrains all of the individuals which it transports for safety purposes so as to prevent the passengers from being able to physically harm another person and to ensure that TRANSCOR AMERICA, LLC employees are able to maintain control over the transported individuals while the vehicle is traveling to its destination. As to the remaining allegations of Paragraph No. 32, if any there are, these answering Defendants lack sufficient information or belief to admit or deny the same, and on that basis deny those allegations, and each of them.

33.    These answering Defendants hereby deny all averments contained in Paragraph No. 33 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required. These answering defendants admit that TRANSCOR AMERICA, LLC restrains all of the individuals which it transports for safety purposes so as to prevent the passengers from being able to physically harm another person and to ensure that TRANSCOR AMERICA, LLC employees are able to maintain control over the transported individuals while the vehicle is traveling to its destination. As to the remaining allegations of Paragraph No. 33, if any there are, these answering Defendants lack sufficient information or belief to admit or deny the same, and on that basis deny those allegations, and each of them.

34.    These answering Defendants hereby deny all averments contained in Paragraph No. 34 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  As to the remaining allegations of Paragraph No. 34, if any there are, these answering Defendants lack sufficient information or belief to admit or deny the same, and on that basis deny those allegations, and each of them.

35.    These answering Defendants hereby deny all averments contained in Paragraph No. 35 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  As to the remaining allegations of Paragraph 35, if any there are, these answering Defendants hereby deny all such allegations.

36.    These answering Defendants hereby deny all averments contained in Paragraph No. 36 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  As to the remaining allegations of Paragraph 36, if any there are, these answering Defendants hereby deny all such allegations.

## V.
## CLASS CLAIMS

37.    These answering Defendants hereby deny all averments contained in Paragraph No. 37 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  These answering Defendants further deny that class certification is appropriate or permissible in this action, and likewise deny that Plaintiffs have standing to assert their claims on behalf of any other individuals.  As to the remaining allegations of Paragraph 37, if any there are, these answering Defendants hereby deny all such allegations.

38.    These answering Defendants deny that class certification is appropriate or permissible in this action, and likewise deny that Plaintiffs have standing to assert their claims on behalf of any other individuals.

39.    These answering Defendants deny that class certification is appropriate or permissible in this action, and likewise deny that Plaintiffs have standing to assert their claims on behalf of any other individuals.  As to the remaining allegations of Paragraph 39, if any there are,

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Place East
Fresno, CA 93720-1501

8

ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

1   these answering Defendants hereby deny all such allegations.

2        40.    These answering Defendants deny that class certification is appropriate or

3   permissible in this action, and likewise deny that Plaintiffs have standing to assert their claims on

4   behalf of any other individuals.  As to the remaining allegations of Paragraph 40, if any there are,

5   these answering Defendants hereby deny all such allegations.

6        41.    These answering Defendants hereby deny all averments contained in Paragraph

7   No. 41 of the First Amended Complaint to the extent that they contain statements of opinion

8   and/or legal conclusions to which no response is required.  These answering Defendants further

9   deny that class certification is appropriate or permissible in this action, and likewise deny that

10  Plaintiffs have standing to assert their claims on behalf of any other individuals.  As to the

11  remaining allegations of Paragraph 41, if any there are, these answering Defendants hereby deny

12  all such allegations.

13       42.    These answering Defendants hereby deny all averments contained in Paragraph

14  No. 42 of the First Amended Complaint to the extent that they contain statements of opinion

15  and/or legal conclusions to which no response is required.  These answering Defendants further

16  deny that class certification is appropriate or permissible in this action, and likewise deny that

17  Plaintiffs have standing to assert their claims on behalf of any other individuals.  As to the

18  remaining allegations of Paragraph 42, if any there are, these answering Defendants hereby deny

19  all such allegations.

20       43.    These answering Defendants hereby deny all averments contained in Paragraph

21  No. 43 of the First Amended Complaint to the extent that they contain statements of opinion

22  and/or legal conclusions to which no response is required.  These answering Defendants further

23  deny that class certification is appropriate or permissible in this action, and likewise deny that

24  Plaintiffs have standing to assert their claims on behalf of any other individuals.  As to the

25  remaining allegations of Paragraph 43, if any there are, these answering Defendants hereby deny

26  all such allegations.

27       44.    These answering Defendants hereby deny all averments contained in Paragraph

28  No. 44 of the First Amended Complaint to the extent that they contain statements of opinion

9

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PLACE EAST
FRESNO, CA 93720-1501

ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

1    and/or legal conclusions to which no response is required.  These answering Defendants further

2    deny that class certification is appropriate or permissible in this action, and likewise deny that

3    Plaintiffs have standing to assert their claims on behalf of any other individuals.  As to the

4    remaining allegations of Paragraph 44, if any there are, these answering Defendants hereby deny

5    all such allegations.

6         45.    These answering Defendants hereby deny all averments contained in Paragraph

7    No. 45 of the First Amended Complaint to the extent that they contain statements of opinion

8    and/or legal conclusions to which no response is required.  These answering Defendants further

9    deny that class certification is appropriate or permissible in this action, and likewise deny that

10   Plaintiffs have standing to assert their claims on behalf of any other individuals.

11        46.    These answering Defendants hereby deny all averments contained in Paragraph

12   No. 46 of the First Amended Complaint to the extent that they contain statements of opinion

13   and/or legal conclusions to which no response is required.  These answering Defendants further

14   deny that class certification is appropriate or permissible in this action, and likewise deny that

15   Plaintiffs have standing to assert their claims on behalf of any other individuals.

16        47.    These answering Defendants hereby deny all averments contained in Paragraph

17   No. 47 of the First Amended Complaint to the extent that they contain statements of opinion

18   and/or legal conclusions to which no response is required.  These answering Defendants further

19   deny that class certification is appropriate or permissible in this action, and likewise deny that

20   Plaintiffs have standing to assert their claims on behalf of any other individuals.

21        48.    These answering Defendants hereby deny all averments contained in Paragraph

22   No. 48 of the First Amended Complaint to the extent that they contain statements of opinion

23   and/or legal conclusions to which no response is required.  These answering Defendants further

24   deny that class certification is appropriate or permissible in this action, and likewise deny that

25   Plaintiffs have standing to assert their claims on behalf of any other individuals.  These answering

26   Defendants further deny that Plaintiffs have standing to seek declaratory and/or injunctive relief

27   in this action.  As to the remaining allegations of Paragraph 48, if any there are, these answering

28   Defendants hereby deny all such allegations.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

10

ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

49.    These answering Defendants hereby deny all averments contained in Paragraph No. 49 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  These answering Defendants further deny that class certification is appropriate or permissible in this action, and likewise deny that Plaintiffs have standing to assert their claims on behalf of any other individuals.

50.    These answering Defendants hereby deny all averments contained in Paragraph No. 50 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  These answering Defendants further deny that class certification is appropriate or permissible in this action, and likewise deny that Plaintiffs have standing to assert their claims on behalf of any other individuals.  These answering defendants admit that TRANSCOR AMERICA, LLC keeps records containing information regarding the individuals it has transported.  Except as expressly admitted above, and as to the remaining allegations of Paragraph 50, if any there are, these answering Defendants hereby deny all such allegations.

51.    These answering Defendants hereby deny all averments contained in Paragraph No. 51 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  These answering Defendants further deny that class certification is appropriate or permissible in this action, and likewise deny that Plaintiffs have standing to assert their claims on behalf of any other individuals.  These answering defendants admit that TRANSCOR AMERICA, LLC keeps records containing information regarding the individuals it has transported.  Except as expressly admitted above, and as to the remaining allegations of Paragraph 51, if any there are, these answering Defendants hereby deny all such allegations.

## VI.
## FIRST CLAIM FOR RELIEF

52.    These answering Defendants hereby incorporate by reference each and every response provided in Paragraphs No. 1 through No. 51 above, as though fully set forth herein.

53.     These answering Defendants hereby deny all averments contained in Paragraph No. 53 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  These answering Defendants further deny that class certification is appropriate or permissible in this action, and likewise deny that Plaintiffs have standing to assert their claims on behalf of any other individuals.  These answering Defendants further deny that Plaintiffs have standing to seek declaratory and/or injunctive relief in this action.  As to the remaining allegations of Paragraph 53, if any there are, these answering Defendants hereby deny all such allegations.

## VII.
## SECOND CLAIM FOR RELIEF

54.     These answering Defendants hereby incorporate by reference each and every response provided in Paragraphs No. 1 through No. 53 above, as though fully set forth herein.

55.     These answering Defendants hereby deny all averments contained in Paragraph No. 55 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  These answering Defendants further deny that class certification is appropriate or permissible in this action, and likewise deny that Plaintiffs have standing to assert their claims on behalf of any other individuals.  These answering Defendants further deny that Plaintiffs have standing to seek declaratory and/or injunctive relief in this action.  As to the remaining allegations of Paragraph 55, if any there are, these answering Defendants hereby deny all such allegations.

56.     These answering Defendants hereby deny all averments contained in Paragraph No. 56 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  These answering Defendants further deny that class certification is appropriate or permissible in this action, and likewise deny that Plaintiffs have standing to assert their claims on behalf of any other individuals.  These answering Defendants further deny that Plaintiffs have standing to seek declaratory and/or injunctive relief in this action.  As to the remaining allegations of Paragraph 56, if any there are, these answering Defendants hereby deny all such allegations.

57.    These answering Defendants hereby deny all averments contained in Paragraph No. 57 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  These answering Defendants further deny that class certification is appropriate or permissible in this action, and likewise deny that Plaintiffs have standing to assert their claims on behalf of any other individuals.  These answering Defendants further deny that Plaintiffs have standing to seek declaratory and/or injunctive relief in this action.  As to the remaining allegations of Paragraph 57, if any there are, these answering Defendants hereby deny all such allegations.

58.    These answering Defendants hereby deny all averments contained in Paragraph No. 58 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  These answering Defendants further deny that class certification is appropriate or permissible in this action, and likewise deny that Plaintiffs have standing to assert their claims on behalf of any other individuals.  These answering Defendants further deny that Plaintiffs have standing to seek declaratory and/or injunctive relief in this action.  These answering Defendants further deny that Plaintiffs are entitled to any damages whatsoever.  As to the remaining allegations of Paragraph 58, if any there are, these answering Defendants hereby deny all such allegations.

**VIII.**
**THIRD CLAIM FOR RELIEF**

59.    These answering Defendants hereby incorporate by reference each and every response provided in Paragraphs No. 1 through No. 59 above, as though fully set forth herein.

60.    These answering Defendants hereby deny all averments contained in Paragraph No. 60 of the First Amended Complaint to the extent that they contain statements of opinion and/or legal conclusions to which no response is required.  These answering Defendants further deny that class certification is appropriate or permissible in this action, and likewise deny that Plaintiffs have standing to assert their claims on behalf of any other individuals.  These answering Defendants further deny that Plaintiffs have standing to seek declaratory and/or injunctive relief in this action.  These answering Defendants further deny that Plaintiffs are entitled to any

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

13

ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

1   damages whatsoever.  As to the remaining allegations of Paragraph 60, if any there are, these

2   answering Defendants hereby deny all such allegations.

3       61.    These answering Defendants hereby deny all averments contained in Paragraph

4   No. 61 of the First Amended Complaint to the extent that they contain statements of opinion

5   and/or legal conclusions to which no response is required.  These answering Defendants further

6   deny that class certification is appropriate or permissible in this action, and likewise deny that

7   Plaintiffs have standing to assert their claims on behalf of any other individuals.  These answering

8   Defendants further deny that Plaintiffs have standing to seek declaratory and/or injunctive relief

9   in this action.  These answering Defendants further deny that Plaintiffs are entitled to any

10  damages whatsoever.  As to the remaining allegations of Paragraph 61, if any there are, these

11  answering Defendants hereby deny all such allegations.

12      62.    These answering Defendants hereby deny all averments contained in Paragraph

13  No. 62 of the First Amended Complaint to the extent that they contain statements of opinion

14  and/or legal conclusions to which no response is required.  These answering Defendants further

15  deny that class certification is appropriate or permissible in this action, and likewise deny that

16  Plaintiffs have standing to assert their claims on behalf of any other individuals.  These answering

17  Defendants further deny that Plaintiffs have standing to seek declaratory and/or injunctive relief

18  in this action.  These answering Defendants further deny that Plaintiffs are entitled to punitive

19  damages or any damages whatsoever.  As to the remaining allegations of Paragraph 62, if any

20  there are, these answering Defendants hereby deny all such allegations.

21                              **IX.**
                        **FOURTH CLAIM FOR RELIEF**
22

23      63.    These answering Defendants hereby incorporate by reference each and every

24  response provided in Paragraphs No. 1 through No. 62 above, as though fully set forth herein.

25      64.    These answering Defendants hereby deny all averments contained in Paragraph

26  No. 64 of the First Amended Complaint to the extent that they contain statements of opinion

27  and/or legal conclusions to which no response is required.  These answering Defendants further

28  deny that class certification is appropriate or permissible in this action, and likewise deny that

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1    Plaintiffs have standing to assert their claims on behalf of any other individuals.  These answering

2    Defendants further deny that Plaintiffs have standing to seek declaratory and/or injunctive relief

3    in this action.  These answering Defendants further deny that Plaintiffs are entitled to any

4    damages whatsoever.  As to the remaining allegations of Paragraph 64, if any there are, these

5    answering Defendants hereby deny all such allegations.

## X.
## PRAYER FOR RELIEF

8        1.    These answering Defendants deny that Plaintiffs have standing to seek declaratory

9    and/or injunctive relief in this action.  As to the remaining allegations of Paragraph 1 of Plaintiffs'

10   Prayer for Relief, if any there are, these answering Defendants hereby deny all such allegations.

11       2.    These answering Defendants deny that class certification is appropriate or

12   permissible in this action, and likewise deny that Plaintiffs have standing to assert their claims on

13   behalf of any other individuals.

14       3.    These answering Defendants deny that class certification is appropriate or

15   permissible in this action, and likewise deny that Plaintiffs have standing to assert their claims on

16   behalf of any other individuals.  These answering Defendants further deny that Plaintiffs were

17   damaged in the amount alleged, or in any amount, or at all, and thus deny that Plaintiffs are

18   entitled to any damages whatsoever.

19       4.    These answering Defendants deny that Plaintiffs were damaged in the amount

20   alleged, or in any amount, or at all, and thus deny that Plaintiffs are entitled to any damages

21   whatsoever.

22       5.    These answering Defendants deny that Plaintiffs were damaged in the amount

23   alleged, or in any amount, or at all, and thus deny that Plaintiffs are entitled to any damages

24   whatsoever, including the recovery of their attorneys' fees.

25       6.    These answering Defendants deny that Plaintiffs were damaged in the amount

26   alleged, or in any amount, or at all, and thus deny that Plaintiffs are entitled to any damages

27   whatsoever.

28   ///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

15

ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

# XI.
## DEMAND FOR A JURY TRIAL

These answering Defendants hereby demand a trial by jury on any and all issues triable by a jury.

# XII.
## AFFIRMATIVE DEFENSES

1.      AS AN AFFIRMATIVE DEFENSE, these answering Defendants allege that the First Amended Complaint on file herein, and each cause of action stated therein, fails to state facts sufficient to constitute a legally cognizable cause of action against these answering Defendants.

2.      AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that at all times relevant to this litigation the acts or omissions of these answering Defendants were done while exercising due care in the execution or enforcement of a law thereby precluding the Plaintiffs from any recovery from these answering Defendants.

3.      AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that they are immune from liability in that the injuries and damages, if any, sustained by the Plaintiffs at the times and places alleged in the First Amended Complaint on file herein were a direct and proximate result of the acts, omissions or negligence of either the Plaintiffs or third parties not within the knowledge or control of these answering Defendants, and were sustained, if at all, without any negligence or wrongful act or omission on the part of these answering Defendants.

4.      AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that they are entitled to recover reasonable expenses, including attorney's fees, from the Plaintiffs in that their First Amended Complaint on file herein is frivolous and was brought and maintained in bad faith and without reasonable cause, is totally and completely without merit, and was brought for the sole purpose of harassing Defendants.

///

5.    AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that they, and each of them, are entitled to recover reasonable expenses, including attorney's fees, from Plaintiffs in that Plaintiffs, at the time the First Amended Complaint herein was filed and during its maintenance and to the extent that it includes causes of action filed under the California Tort Claims Act, did not have a good faith belief that there was a justifiable controversy under the facts and law which warranted the filing of the complaint against these answering Defendants and therefore the complaint was filed and maintained in bad-faith and without reasonable cause.

6.    AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that at all times relevant to this litigation, Defendants, and each of them, were exercising discretion vested in them and the Plaintiffs are therefore precluded from recovering from any Defendant, whether or not such discretion was abused.

7.    AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that at all times relevant to this litigation, these answering Defendants, and each of them, acted in good faith, without malice, and under the apparent authority of an enactment thereby precluding the Plaintiffs from recovering from these Defendants.

8.    AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that the Plaintiffs' First Amended Complaint is fatally defective to the extent that it attempts to state causes of action and/or facts not fairly reflected in a timely filed government tort claim as required under both California and Federal law.

9.    AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that at all times relevant to this litigation, Plaintiffs engaged in provocative acts, conduct and/or words such that the conduct of the Defendants, and each of them, relating to the Plaintiffs was reasonable, necessary and of a consequential nature.

10.    AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, these answering Defendants allege that at all times relevant to this litigation, Plaintiffs willfully

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

17

ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

1  resisted, delayed or obstructed a public officer in the discharge or attempt to discharge the duty of

2  his office.

3        11.    AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

4  these answering Defendants allege that they, and each of them, are immune from liability under

5  relevant provisions of the California Government Code.

6        12.    AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

7  these answering Defendants allege that Plaintiffs are estopped by their conduct from asserting the

8  allegations in the First Amended Complaint on file herein.

9        13.    AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

10  these answering Defendants allege that they, and each of them, violated no clearly established

11  constitutional right held by Plaintiffs.

12        14.    AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

13  these answering Defendants allege that they, and each of them, are entitled to qualified immunity

14  in the matters referred to in the First Amended Complaint, or in the alternative, are entitled to the

15  analogous "good faith" defense recognized by the Ninth Circuit as available to private actors.

16        15.    AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

17  these answering Defendants allege that the Plaintiff's claims, and each of them, are barred by

18  California Government Code sections 815, 815.2(b), 818, 818.2, 820.2, 820.4, 820.6, 820.8, 821,

19  845.8, and 846.

20        16.    AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

21  these answering Defendants allege that they, and each of them, are not liable for any punitive

22  damages in that Defendants have never taken any action with a willful or conscious disregard of

23  the Plaintiffs' rights, have not engaged in any despicable conduct with respect to Plaintiffs, nor

24  performed or omitted any act which would constitute intentional misrepresentation, deceit or

25  concealment of a material fact with the intention of depriving the Plaintiffs' property, legal rights

26  or causing injury.

27        17.    AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

28  these answering Defendants allege that they were not present at the incident which is the subject

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1  of this First Amended Complaint, that they did not participate in the incident in any way, that they

2  had no authority over any of the officers who participated in the incident, and that they had no

3  right to control, direct or govern the conduct of any other Defendant with regard to the subject

4  incident.

5      18.    AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

6  these answering Defendants allege that at the time of the incidents referred to in the First

7  Amended Complaint, the Plaintiffs were negligent or at fault and failed to use that degree of care

8  and caution which a reasonable prudent person would have used under the same or similar

9  circumstances; that the Plaintiffs' negligence or fault must be compared with the negligence or

10  fault of these answering Defendants, as well as that of any other persons or parties, and that any

11  award to the Plaintiffs must be reduced by the amount that the Plaintiffs' negligence or fault

12  contributed to the Plaintiff's injuries and damages, if any there were.

13      19    AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

14  these answering Defendants allege that all events in connection with the incidents alleged in the

15  Plaintiffs' First Amended Complaint and any resulting injuries or damages therefrom, if any there

16  were, were contributed to and proximately caused by the negligence of the Plaintiffs, in that

17  Plaintiffs failed to exercise ordinary care for his own safety under the circumstances, thereby

18  barring the Plaintiffs from any recovery.

19      20.    AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

20  these answering Defendants allege that at the time and place of the incidents alleged in the First

21  Amended Complaint, Plaintiffs knew of the danger and risk incident to his activity, but

22  nevertheless freely and voluntarily exposed themselves to all risks of harm and therefore assumed

23  all risk of harm incidental thereto.

24      21.    AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

25  these answering Defendants allege that they acted in good faith and did not directly or indirectly

26  perform any acts whatsoever which would constitute a breach of any duty owed to Plaintiffs.

27      22.    AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

28  these answering Defendants assert that none of the answering Defendants acted with malicious

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

19

ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

1    intent to deprive any person of any constitutional right or to cause any other injury and therefore

2    answering Defendants are not liable for any such conduct as may be alleged in the First Amended

3    Complaint.

4         23.    AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

5    these answering Defendants assert that Plaintiffs' claims and causes of action, and each of them,

6    are barred by the applicable statutes of limitations under both federal and California law,

7    including but not limited to, Section 340 of the California Code of Civil Procedure.

8         24.    AS A FURTHER, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE,

9    these answering Defendants assert and claim entitlement to all defenses and immunities provided

10   by the federal statutes and California state law sued upon by Plaintiffs, as well as all defenses and

11   immunities under any code sections relating thereto or cases coming thereunder.

12

13        **WHEREFORE, THESE ANSWERING DEFENDANTS PRAY** that Plaintiffs take

14   nothing by way of his Complaint and that Defendants go hence with Defendants' costs of suit and

15   attorneys' fees incurred.

16

17

18

19

20   Dated: September 8, 2008                    McCORMICK, BARSTOW, SHEPPARD,
                                                 WAYTE & CARRUTH LLP
21

22

23                                          By:_____/S/ Nicholas C. Miller_____
                                                 Matthew E. Fletcher
24                                               Nicholas C. Miller
                                                 Attorneys for Defendants
25                                               TRANSCOR AMERICA, LLC and SGT.
                                                 JOHN SMITH
26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

20

ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

1

## **LOCAL RULE 3-6**

2

## **DEMAND FOR JURY TRIAL**

3          In accordance with the requirement of Local Rule 3-6, these answering Defendants hereby

4   demand a Jury Trial.

5

6

7   Dated: September 8, 2008                         McCORMICK, BARSTOW, SHEPPARD,
                                                          WAYTE & CARRUTH LLP

8

9                                                 By:_____/S/Nicholas C. Miller_____
                                                          Matthew E. Fletcher
10                                                        Nicholas C. Miller
                                                      Attorneys for Defendant
11                                                 TRANSCOR AMERICA, LLC;
                                                      SGT JOHN SMITH
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

## **FEDERAL RULES OF CIVIL PROCEDURE, RULE 7.1 DISCLOSURE**

In accordance with Federal Rules of Civil Procedure, Rule 7.1, these answering Defendants state TRANSCOR AMERICA, LLC it is a wholly owned subsidiary of Corrections Corporation of America.

In accordance with Federal Rules of Civil Procedure, Rule 7.1, these answering Defendants provide two (2) copies of this statement.

Dated: September 8, 2008

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____/S/Nicholas C. Miller_____
Matthew E. Fletcher
Nicholas C. Miller
Attorneys for Defendants TRANSCOR
AMERICA, LLC; SGT JOHN SMITH

ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LOCAL RULE 3-16 DISCLOSURE**

**"CERTIFICATION OF INTERESTED ENTITIES OR PERSONS"**

Local Rule 3-16 requires that "[t]he Certification must disclose any persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known by the party to have either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding."

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

In accordance with Local Rule 3-16, these answering Defendants state that TRANSCOR AMERICA, LLC is a wholly owned subsidiary of Corrections Corporation of America.

Dated: September 8, 2008

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____ /S/Nicholas C. Miller _____
Matthew E. Fletcher
Nicholas C. Miller
Attorneys for Defendant
TRANSCOR AMERICA, LLC; SGT
JOHN SMITH

15739/00026-1270484.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT