Justus C. Spillner, # 067638
Matthew E. Fletcher, #198028
Nicholas C. Miller, #249003
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
TRANSCOR AMERICA, LLC, SGT. JOHN SMITH, OFFICER BLANDEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. SCHILLING, JOHN PINEDO, WILLIAM TELLEZ, on behalf of himself and all those similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>TRANSCOR AMERICA, LLC, SGT. JOHN SMITH, OFFICER BLANDEN, and DOES 1 through 100,,<br><br>Defendants. | Case No. 3:08-cv-00941 SI<br><br>**STIPULATION AND [PROPOSED] STIPULATED PROTECTIVE ORDER TO MAINTAIN CONFIDENTIALITY OF ALL BUSINESS RECORDS PRODUCED BY DEFENDANT TRANSCOR AMERICA, LLC.** |

This Stipulation and proposed Stipulated Protective Order is hereby submitted by all parties to the above-captioned litigation through their respective counsel. Formal discovery has commenced in this matter, including requests which have been propounded to Defendants TRANSCOR AMERICA, LLC ("TRANSCOR") for the production of a wide variety of documents and other tangible things. The intent of this Stipulation and proposed Stipulated Protective Order is to maintain the confidentiality of all such documents and business records which may be produced by TRANSCOR at any point during this litigation. The parties make this Stipulation and submit their proposed Stipulated Protective Order on the basis of the following facts and agreed upon conditions:

A. The business records, including all hiring and training materials or other forms of documentation owned and maintained by TRANSCOR, contain trade secrets, proprietary information and/or confidential business matter which Defendants herein desire to keep confidential.

B. Plaintiffs and Defendants herein hereby stipulate to, and seek the issuance of, a protective order sanctioned by this Court to preserve and protect such trade secrets, proprietary information and/or all confidential business matters from improper or unnecessary disclosure to any non-parties. Defendant believes that if said information were made public, it could cause financial harm to TRANSCOR and place TRANSCOR at an economic disadvantage in the marketplace.

Accordingly, there parties hereto, including all Plaintiffs and Defendants herein, by and through their respective attorneys of record, hereby STIPULATE AND AGREE to the following:

1. <u>Scope of Stipulation and Protective Order</u>:

This Stipulation and proposed Stipulated Protective Order covers all documents, materials and business information received by Plaintiffs and/or their legal counsel from TRANSCOR and/or its legal counsel that have been designated "confidential" by either Defendant TRANSCOR or their attorneys. Such information will be deemed "confidential information." Confidential information shall mean and include any and all copies, summaries and analyses of documents or proceedings described above as well as all information derived or obtained from said documents or proceedings; provided, however, that the term confidential information shall not include documents or information which heretofore has been or which hereafter is made available to the public generally by the party producing any such documents or information. Nothing in this Stipulation or in the definition of confidential information waives any rights of a party from asserting and not producing any confidential information or other documents for which there exists and a party asserts a claim of privilege.

2. <u>Recipients of Confidential Information</u>:

Confidential information may only be disclosed to the following persons:

(a) The Court;

(b) The attorneys of record for the Plaintiffs and Defendants herein;

(c) The employed legal staff of the attorneys of record for the Plaintiffs and Defendants herein, including secretaries, paralegals, law clerks, and similar persons working under the supervision of the attorneys of record;

(d) Independent experts or consultants and employed staff of the independent expert or consultant, including secretaries, associates, and other staff personally working under the supervision of an independent expert or consultant, not regularly employed or associated with any attorney as a member of the attorney's legal staff, retained by any attorneys of record to render technical or expert advice or to give opinion testimony in this action (hereinafter "Independent Experts"); and

(e) The Plaintiffs and Defendants herein.

(f) Witnesses for whom disclosure of such information is necessary for their examination at deposition or at trial.

3. Except as provided herein, confidential information shall not be disclosed to any individual or entity that is not a party to the instant litigation.

4. Except as provided for herein, or in connection with internal use by counsel or accounting expert for the parties, no person granted access to confidential information shall make any copies, reproductions or facsimiles of such confidential information or any portion thereof. Specifically, no copies, reproductions or facsimiles (or notes, renderings, compilations, recordings, or lists) of any confidential document shall be provided to any party who did not produce the confidential documents. Such party shall only be allowed to view confidential documents.

5. Counsel for each party shall take reasonable precautions to prevent the unauthorized or inadvertent disclosure of any confidential information.

6. All documents or other tangible material containing or comprising confidential information shall, when not in use, be stored in a secured area of the offices of counsel representing the non-producing party.

///

7. <u>Use of Confidential Information</u>:

Confidential information disclosed pursuant to this Stipulation and proposed Stipulated Protective Order shall not be used other than for the purposes of this lawsuit.

8. The parties further agree that any deposition testimony provided by TRANSCOR, its agents and/or employees, and exhibits attached thereto, are afforded the same protection of confidential information as set forth above and herein.

9. <u>Return of Confidential Information and Delivery of Undertakings</u>:

Ninety (90) days after termination of this action or entry of Final Judgment (no appeal having been perfected) whichever shall first occur, counsel for each party shall transmit all confidential information including all copies, notes, renderings, compilations, recordings, lists, microfilms, photographs, videos, or other references thereof or thereto to counsel for the party producing the confidential information. No person shall keep a copy of any of the confidential information except for the following: [1] the party producing the confidential information; [2] a party's attorney shall have the right to keep any notes or other document that that attorney deems to be their work product and a single copy of any confidential information lodged [and not returned by the Court] or filed with the Court. Any such confidential information kept by any person [except the person producing the documents] shall remain subject to the Stipulation and Stipulated Protective Order unless and until all such retained confidential information is returned to counsel for the party producing the confidential information.

10. This Stipulation may be executed in subparts and facsimile signatures are acceptable.

///
///
///
///
///
///
///
///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

4

STIPULATION AND [PROPOSED] STIPULATED PROTECTIVE ORDER

Agreed to by the undersigned counsel for the respective parties.

**IT IS SO STIPULATED**.

Dated: February 4, 2009                                      McCORMICK, BARSTOW, SHEPPARD,
                                                                            WAYTE & CARRUTH LLP


                                                          By:        /s/ Nicholas C. Miller
                                                                    Justus C. Spillner
                                                                    Matthew E. Fletcher
                                                                    Nicholas C. Miller
                                                                   Attorneys for Defendants
                                                              TRANSCOR AMERICA, LLC, SGT.
                                                                          JOHN SMITH

Dated: February 4, 2009                                           CASPER, MEADOWS,
                                                                   SCHWARTZ & COOK


                                                          By:        /s/ Andrew C. Schwartz
                                                                     Andrew C. Schwartz
                                                                   Attorneys for Plaintiffs,
                                                             KEVIN M. SCHILLING, JOHN PINEDO,
                                                                      WILLIAM TELLEZ

Dated: February 4, 2009                                     LAW OFFICES OF MARK E. MERIN


                                                          By:      /s/ Andrew C. Schwartz for
                                                                          Mark Merin
                                                                   Attorneys for Plaintiffs,
                                                             KEVIN M. SCHILLING, JOHN PINEDO,
                                                                      WILLIAM TELLEZ

Dated: February 4, 2009


                                                          By:      /s/ Andrew C. Schwartz for
                                                                          Karen L. Snell
                                                                   Attorneys for Plaintiffs,
                                                             KEVIN M. SCHILLING, JOHN PINEDO,
                                                                      WILLIAM TELLEZ

1  **[PROPOSED] ORDER**

2  GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING
3  STIPULATED TO THE SAME, the above-stated **STIPULATED PROTECTIVE ORDER** is
4  approved by the Court and shall be and now is the Order of the Court. All Parties in this action
5  shall abide by the terms of this **STIPULATED PROTECTIVE ORDER** as to the disclosure of
6  any all Confidential documents and information produced in connection with any discovery
7  undertaken in this case.

9  **IT IS SO ORDERED**

11  Dated: _____

13  _____
   **United States District Court Judge**

16  15739/00026-1354295.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

6

STIPULATION AND [PROPOSED] STIPULATED PROTECTIVE ORDER