LAW OFFICES OF
# CASPER, MEADOWS, SCHWARTZ & COOK
A PROFESSIONAL CORPORATION
CALIFORNIA PLAZA
2121 NORTH CALIFORNIA BOULEVARD
SUITE 1020
WALNUT CREEK, CALIFORNIA 94596-7333

ANDREW C. SCHWARTZ
Certified Civil Trial Specialist/
National Board of Trial Advocacy

STAN CASPER
Certified Civil Trial Specialist/
National Board of Trial Advocacy

MICHAEL D. MEADOWS
LARRY E. COOK

THOM SEATON
NICK CASPER

TEL: (925) 947-1147
FAX: (925) 947-1131
EMAIL:
SCHWARTZ@CMSLAW.COM

July 2, 2009

**Via E-File**

Hon. Susan Illston
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

The case management conference has been continued to 8/21/09 @ 3 p.m.

IT IS SO ORDERED
*Susan Illston*
Judge Susan Illston

RE: *Kevin Schilling vs. Transcor*
USDC, Case No. C08-0941 SI

Dear Judge Illston:

The parties have met and conferred in light of the upcoming case management conference on July 10, and have agreed to make this joint request for a continuance of the case management conference until sometime in mid-August.

Several TransCor employees were deposed by plaintiffs last week in Nashville, and additional TransCor employee depositions are scheduled to take place on July 14 in Oklahoma City. Counsel for the parties are in the process of scheduling the depositions of the two plaintiff representatives who are incarcerated, and Kevin Schilling's deposition is scheduled to take place on August 13 in San Francisco.

In light of the upcoming discovery, the parties are in agreement that rescheduling the upcoming further case management conference would be preferable. Accordingly, on behalf of all parties, I am requesting that the court reschedule the case management conference.

Thank you for your consideration of this correspondence.

Very truly yours,

ANDREW C. SCHWARTZ

ACS:jh
cc: Mark Merin, Esq.
    Karen Snell, Esq.
    Matt Fletcher, Esq.
    Dan Struck, Esq.