| | |
|---|---|
| 1 | CASPER, MEADOWS, SCHWARTZ & COOK, P.C.<br>Andrew C. Schwartz (State Bar No. 064578) |
| 2 | California Plaza<br>2121 North California Blvd., Suite 1020 |
| 3 | Walnut Creek, California  94596<br>Telephone:      (925) 947-1147 |
| 4 | Facsimile:       (925) 947-1131<br>E-Mail:  Schwartz@cmslaw.com |
| 5 | |
| 6 | LAW OFFICES OF MARK E. MERIN<br>Mark E. Merin (State Bar No. 043849) |
| 7 | Joshua Kaizuka (State Bar No. 212195)<br>2001 P Street, Suite 100 |
|   | Sacramento, California  95814 |
| 8 | Telephone:      (916) 443-6911<br>Facsimile:       (916) 447-8336 |
| 9 | E-Mail:  mark@markmerin.com |
| 10 | LAW OFFICE OF KAREN L. SNELL<br>Karen L. Snell (State Bar No. 100266) |
| 11 | Attorney at Law<br>102 Buena Vista Terrace |
| 12 | San Francisco, CA  94117<br>Telephone:  (415) 225-7592 |
| 13 | Facsimile:  (415) 487-0748<br>E-Mail:  ksnell@clarencedyer.com |
| 14 | |
| 15 | Attorneys for Plaintiffs<br>KEVIN M SCHILLING, JOHN PINEDO and |
|    | WILLIAM TELLEZ |
| 16 | |
| 17 | JONES, SKELTON & HOCHULI, P.L.C.<br>Daniel P. Struck, AZ Bar No. 012377 *(admitted pro hac vice)* |
|    | Telephone:      (602) 263-7323 |
| 18 | Facsimile:       (602) 200-7811<br>E-Mail:       dstruck@jshfirm.com |
| 19 | Rachel Love, AZ Bar No. 019881 *(admitted pro hac vice)*<br>Telephone:      (602) 263-1726 |
| 20 | Facsimile:       (602) 200-7857<br>E-Mail:       rlove@jshfirm.com |
| 21 | 2901 North Central Avenue, Suite 800<br>Phoenix, Arizona  85012 |
| 22 | Telephone:      (602) 263-1700<br>Facsimile:       (602) 200-7811 |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP
Matthew E. Fletcher, Bar No. 198028
Nicholas C. Miller, Bar No. 249003
P. O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendant
TRANSCOR AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. SCHILLING, JOHN PINEDO, WILLIAM TELLEZ, on behalf of himself and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSCOR AMERICA, LLC, SGT. JOHN SMITH, OFFICER BLANDEN, and DOES 1 through 100,<br><br>Defendants. | Case No.  3:08-cv-00941 SI<br><br>**JOINT STIPULATION TO DEPOSE INCARCERATED PLAINTIFF, JOHN PINEDO** |

Defendant TransCor America, LLC and Plaintiffs Kevin M. Schilling, John Pinedo, and William Tellez, through counsel and pursuant to FED.R.CIV.P. 30(a)(2)(B) and CIVIL L.R. 7-12 hereby jointly stipulate to permit Defendants to depose inmate Plaintiff John Pinedo.

Federal Rule of Civil Procedure 30(a)(2)(B) requires leave of Court to depose a person confined in prison.  Defendants wish to depose Plaintiff John Pinedo who is currently in custody of the California Department of Corrections and Rehabilitation regarding his claims of unconstitutional and negligent conduct by Defendants while we was transported by Defendants, as well as his ability to serve as a class representative.

Inmate John Pinedo is currently incarcerated at the Richard J. Donovan Correctional Facility ("R.J. Donovan") located in San Diego, California.  The parties intend to schedule

1 Plaintiff's deposition to occur at a date and time which is convenient for the facility to occur in the next few months. The facility has communicated to counsel that they require a copy of a Court Order authorizing the deposition in order to proceed with scheduling. The Notice of Deposition of John Pinedo will be filed once this order has entered and a mutually convenient date agreed with input from the facility.

Additionally, to ensure that the deposition may proceed as scheduled and they have had an adequate opportunity to communicate with their client, Plaintiffs request that the Court order that Plaintiff's counsel be permitted to meet with their client, John Pinedo, for 1-2 hours immediately prior to the deposition. Defendants consent to this request.

Because the parties stipulate to the taking of this video tape deposition, they request expedited consideration so that Inmate Pinedo's deposition may be scheduled. A proposed order accompanies this Stipulation.

DATED this 8th day of July, 2009.

| LAW OFFICE OF KAREN L. SNELL | JONES, SKELTON & HOCHULI, P.L.C. |
|---|---|
| By: /s/ Karen L. Snell<br>(Telephonic Approval to Sign)<br>Karen L. Snell | By: /s/ Daniel P. Struck<br>Daniel P. Struck *(pro hac vice)*<br>Rachel Love *(pro hac vice)* |
| CASPER, MEADOWS, SCHWARTZ & COOK, P.C.<br>Andrew C. Schwartz | McCORMICK, BARSTOW, SHEPPARD,<br>WAYTE & CARRUTH, LLP |
| LAW OFFICES OF MARK E. MERIN<br>Mark E. Merin<br>Joshua Kaizuka | Nicholas C. Miller<br>Matthew E. Fletcher |
| Attorneys for Plaintiffs, KEVIN M. SCHILLING, JOHN PINEDO and WILLIAM TELLEZ | Attorneys for Defendant TRANSCOR AMERICA, LLC |

# PROOF OF SERVICE

I am a resident of the State of Arizona, over the age of eighteen years, and not a party to the within action. My business address is Jones, Skelton & Hochuli, P.L.C., 2901 North Central Avenue, Suite 800, Phoenix, Arizona 85012. On July 8, 2009, I served the within document(s):

**JOINT STIPULATION TO DEPOSE**
**INCARCERATED PLAINTIFF, JOHN PINEDO**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Phoenix, Arizona addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☒ **BY ELECTRONIC SUBMISSION:** per Court Order, submitted electronically by Verilaw to be posted to the website and notice given to all parties that the document(s) has been served.

| | |
|---|---|
| **Andrew C. Schwartz**<br>CASPER, MEADOWS, SCHWARTZ<br>& COOK<br>2121 N. California Blvd., Suite 1020<br>Walnut Creek, CA 94596<br>Fax: (925) 947-1131<br>Email: Schwartz@cmslaw.com | **Mark E. Merin**<br>**Joshua Kaizuka**<br>LAW OFFICES OF MARK E. MERIN<br>2001 P Street, Suite 100<br>Sacramento, CA 95814<br>Fax: (916) 447-8336<br>Email: mark@markmerin.com |
| **Karen L. Snell**<br>LAW OFFICE OF KAREN L. SNELL<br>102 Buena Vista Terrace<br>San Francisco, CA 94117<br>Fax: (415) 487-0748<br>Email: ksnell@clarencedyer.com | Matthew E. Fletcher, Bar No. 198028<br>Nicholas C. Miller, Bar No. 249003<br>McCormick, Barstow, Sheppard, Wayte &<br>Carruth, LLP<br>P. O. Box 28912<br>5 River Park Place East<br>Fresno, CA 93720-1501<br>Fax: (559) 433-2300<br>Email: Matt.Fletcher@mccormickbarstow.com |

1  I am familiar with the CM/ECF system of the United States District Court for the Northern District of California and assert that I have properly converted this document filed via CM/ECF.

I declare that I am employed in the office of a member who is admitted pro hac vice in this Court at whose direction the service was made.

Executed on July 8, 2009, at Phoenix, Arizona.

        */s/ Carol S. Madden*
        Carol S. Madden

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. SCHILLING, JOHN PINEDO, WILLIAM TELLEZ, on behalf of himself and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSCOR AMERICA, LLC, SGT. JOHN SMITH, OFFICER BLANDEN, and DOES 1 through 100,<br><br>Defendants. | Case No. 3:08-cv-00941 SI<br><br>**ORDER TO DEPOSE INCARCERATED PLAINTIFF, JOHN PINEDO** |

Upon consideration of the Joint Stipulation to Depose Incarcerated Plaintiff, John Pinedo, and finding good cause therefor, it is by the Court hereby:

**ORDERED** that the Stipulation is granted; and it is

**FURTHER ORDERED** that the Parties may take the videotaped deposition of inmate John Pinedo at the Richard J. Donovan Correctional Facility in San Diego, California; and it is

**FURTHER ORDERED** that Counsel for Plaintiffs may visit with Plaintiff for 1-2 hours prior to his deposition.

**SO ORDERED.**

Dated: _____

_____
JUDGE SUSAN ILLSTON
United States District Judge

copies to all parties via CM/ECF.

JONES, SKELTON & HOCHULI, P.L.C.
ATTORNEYS AT LAW
PHOENIX

2073123.1

ORDER TO DEPOSE JOHN PINEDO
3:08-CV-00941 SI