| | |
|---|---|
| 1 | CASPER, MEADOWS, SCHWARTZ & COOK, P.C.<br>Andrew C. Schwartz (State Bar No. 064578) |
| 2 | California Plaza<br>2121 North California Blvd., Suite 1020 |
| 3 | Walnut Creek, California  94596<br>Telephone:     (925) 947-1147 |
| 4 | Facsimile:      (925) 947-1131<br>E-Mail: Schwartz@cmslaw.com |
| 5 | |
| 6 | LAW OFFICES OF MARK E. MERIN<br>Mark E. Merin (State Bar No. 043849) |
| 7 | Joshua Kaizuka (State Bar No. 212195)<br>2001 P Street, Suite 100 |
| 8 | Sacramento, California  95814<br>Telephone:     (916) 443-6911 |
| 9 | Facsimile:      (916) 447-8336<br>E-Mail: mark@markmerin.com |
| 10 | LAW OFFICE OF KAREN L. SNELL |
| 11 | Karen L. Snell (State Bar No. 100266)<br>Attorney at Law |
| 12 | 102 Buena Vista Terrace<br>San Francisco, CA  94117 |
| 13 | Telephone:  (415) 225-7592<br>Facsimile:  (415) 487-0748 |
| 14 | E-Mail: ksnell@clarencedyer.com |
| 15 | Attorneys for Plaintiffs<br>KEVIN M SCHILLING, JOHN PINEDO and |
| 16 | WILLIAM TELLEZ |
| 17 | JONES, SKELTON & HOCHULI, P.L.C.<br>Daniel P. Struck, AZ Bar No. 012377 *(admitted pro hac vice)* |
| 18 | Telephone:     (602) 263-7323<br>Facsimile:      (602) 200-7811 |
| 19 | E-Mail:       dstruck@jshfirm.com<br>Rachel Love, AZ Bar No. 019881 *(admitted pro hac vice)* |
| 20 | Telephone:     (602) 263-1726<br>Facsimile:      (602) 200-7857 |
| 21 | E-Mail:       rlove@jshfirm.com<br>2901 North Central Avenue, Suite 800 |
| 22 | Phoenix, Arizona  85012<br>Telephone:     (602) 263-1700 |
| 23 | Facsimile:      (602) 200-7811 |

JONES, SKELTON &
HOCHULI, P.L.C.
ATTORNEYS AT LAW
PHOENIX

2073265.1      - 1 -      JT. STIP. TO DEPOSE  WILLIAM TELLEZ
                    3:08-CV-00941 SI

| | |
|---|---|
| McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP<br>Matthew E. Fletcher, Bar No. 198028<br>Nicholas C. Miller, Bar No. 249003<br>P. O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:     (559) 433-1300<br>Facsimile:      (559) 433-2300<br><br>Attorneys for Defendant<br>TRANSCOR AMERICA, LLC | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN M. SCHILLING, JOHN PINEDO, WILLIAM TELLEZ, on behalf of himself and all those similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>TRANSCOR AMERICA, LLC, SGT. JOHN SMITH, OFFICER BLANDEN, and DOES 1 through 100,<br><br>                    Defendants. | Case No.  3:08-cv-00941 SI<br><br>**JOINT STIPULATION TO DEPOSE INCARCERATED PLAINTIFF, WILLIAM TELLEZ**<br><br>**(Expedited Consideration Requested)** |

Defendant TransCor America, LLC and Plaintiffs Kevin M. Schilling, John Pinedo, and William Tellez, through counsel and pursuant to FED.R.CIV. P. 30(a)(2)(B) and CIVIL L.R. 7-12 hereby jointly stipulate to permit Defendants to depose inmate Plaintiff William Tellez.

Federal Rule of Civil Procedure 30(a)(2)(B) requires leave of Court to depose a person confined in prison.  Defendants wish to depose Plaintiff William Tellez who is currently in custody of the Bureau of Prisons regarding his claims of unconstitutional and negligent conduct by Defendants while we was transported by Defendants, as well as his ability to serve as a class representative.

Inmate William Tellez is currently incarcerated at the United States Penitentiary Florence ADMAX** located in Florence, Colorado.  The parties would like to take Inmate Tellez'

deposition on August 6, 2009. The facility has communicated to counsel that they require a copy of a Court Order authorizing the deposition in order to proceed with scheduling. A Notice of Deposition will be promptly filed once that date is confirmed by the facility.

Additionally, to ensure that the deposition may proceed as scheduled and they have had an adequate opportunity to communicate with their client, Plaintiffs request that the Court order that Plaintiff's counsel be permitted to meet with their client, William Tellez, for 1-2 hours immediately prior to the deposition. Defendants consent to this request.

Because the parties stipulate to the taking of this videotape deposition on August 6, 2009, they request expedited consideration so that Inmate Tellez' deposition may be scheduled. A proposed Order accompanies this Stipulation.

DATED this 8th day of July, 2009

| LAW OFFICE OF KAREN L. SNELL | JONES, SKELTON & HOCHULI, P.L.C. |
|---|---|
| By: /s/ Karen L. Snell<br>    (Telephonic Approval to Sign)<br>    Karen L. Snell | By: /s/ Daniel P. Struck<br>    Daniel P. Struck (pro hac vice)<br>    Rachel Love (pro hac vice) |
| CASPER, MEADOWS, SCHWARTZ & COOK, P.C.<br>    Andrew C. Schwartz | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP |
| LAW OFFICES OF MARK E. MERIN<br>    Mark E. Merin<br>    Joshua Kaizuka |     Nicholas C. Miller<br>    Matthew E. Fletcher |
| Attorneys for Plaintiffs, KEVIN M. SCHILLING, JOHN PINEDO and WILLIAM TELLEZ | Attorneys for Defendant TRANSCOR AMERICA, LLC |

# PROOF OF SERVICE

I am a resident of the State of Arizona, over the age of eighteen years, and not a party to the within action. My business address is Jones, Skelton & Hochuli, P.L.C., 2901 North Central Avenue, Suite 800, Phoenix, Arizona 85012. On July 8, 2009, I served the within document(s):

**JOINT STIPULATION TO DEPOSE**
**INCARCERATED PLAINTIFF, WILLIAM TELLEZ**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Phoenix, Arizona addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☒ **BY ELECTRONIC SUBMISSION:** per Court Order, submitted electronically by Verilaw to be posted to the website and notice given to all parties that the document(s) has been served.

**Andrew C. Schwartz**
CASPER, MEADOWS, SCHWARTZ
 & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596
Fax: (925) 947-1131
Email: Schwartz@cmslaw.com

**Karen L. Snell**
LAW OFFICE OF KAREN L. SNELL
102 Buena Vista Terrace
San Francisco, CA  94117
Fax: (415) 487-0748
Email: ksnell@clarencedyer.com

**Mark E. Merin**
**Joshua Kaizuka**
LAW OFFICES OF MARK E. MERIN
2001 P Street, Suite 100
Sacramento, CA  95814
Fax: (916) 447-8336
Email: mark@markmerin.com

Matthew E. Fletcher, Bar No. 198028
Nicholas C. Miller, Bar No. 249003
McCormick, Barstow, Sheppard, Wayte & Carruth, LLP
P. O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Fax: (559) 433-2300
Email: Matt.Fletcher@mccormickbarstow.com

1  I am familiar with the CM/ECF system of the United States District Court for the Northern District of California and assert that I have properly converted this document filed via CM/ECF.

I declare that I am employed in the office of a member who is admitted pro hac vice in this Court at whose direction the service was made.

Executed on July 8, 2009, at Phoenix, Arizona.


          */s/ Carol S. Madden*
          Carol S. Madden

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. SCHILLING, JOHN PINEDO, WILLIAM TELLEZ, on behalf of himself and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSCOR AMERICA, LLC, SGT. JOHN SMITH, OFFICER BLANDEN, and DOES 1 through 100,<br><br>Defendants. | Case No. 3:08-cv-00941 SI<br><br>**ORDER TO DEPOSE INCARCERATED PLAINTIFF, WILLIAM TELLEZ** |

Upon consideration of the Joint Stipulation to Depose Incarcerated Plaintiff William Tellez, and finding good cause therefor, it is by the Court hereby:

**ORDERED** that the Motion is granted; and it is

**FURTHER ORDERED** that the Parties may take the videotaped deposition of inmate William Tellez at the U.S. Penitentiary Florence ADMAX** in Florence, Colorado; and it is

**FURTHER ORDERED** that Counsel for Plaintiffs may visit with Plaintiff for 1-2 hours prior to his deposition.

**SO ORDERED.**

Dated: _____

JUDGE SUSAN ILLSTON
United States District Judge

copies to all parties via CM/ECF.

JONES, SKELTON & HOCHULI, P.L.C.
ATTORNEYS AT LAW
PHOENIX

2073265.1

ORDER TO DEPOSE WILLIAM TELLEZ
3:08-CV-00941 SI