| | |
|---|---|
| 1 | Andrew C. Schwartz (State Bar No. 064578)<br>CASPER, MEADOWS, SCHWARTZ & COOK |
| 2 | A Professional Corporation<br>California Plaza |
| 3 | 2121 North California Blvd., Suite 1020<br>Walnut Creek, California  94596 |
| 4 | Telephone:   (925) 947-1147<br>Facsimile:    (925) 947-1131 |
| 5 | E-Mail:  Schwartz@cmslaw.com |
| 6 | Mark E. Merin (State Bar No. 043849)<br>Joshua Kaizuka (State Bar No. 212195) |
| 7 | LAW OFFICES OF MARK E. MERIN<br>2001 P Street, Suite 100 |
| 8 | Sacramento, California  95814<br>Telephone:   (916) 443-6911 |
| 9 | Facsimile:    (916) 447-8336<br>E-Mail:  mark@markmerin.com |
| 10 | |
| 11 | Karen L. Snell (State Bar No. 100266)<br>Attorney at Law |
| 12 | 102 Buena Vista Terrace<br>San Francisco, CA  94117 |
| 13 | Telephone: (415) 225-7592<br>Facsimile: (415) 487-0748 |
| | E-Mail:  ksnell@clarencedyer.com |

**Attorneys for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. SCHILLING, JOHN PINEDO, WILLIAM TELLEZ, on behalf of themselves and all those similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>TRANSCOR AMERICA, LLC, SGT. JOHN SMITH, OFFICER BLANDEN, and DOES 1 through 100,<br><br>          Defendants. | Case No.  C08-00941 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SERVICE OF DEFENDANTS SMITH AND BRUMMETT**<br><br>**DATE:  No Need For Hearing** |

*Schilling v. TransCor America, LLC, et al.*  Case No. C08-00941 JL                                                                Page 1
STIPULATION AND ORDER EXTENDING DEADLINE FOR SERVICE ON DEFENDANTS
SMITH AND BRUMMETT

Pursuant to Federal Rules of Civil Procedure Rule 4(m) and Civil Local Rules 6-3 and 12, the parties stipulate to extend the time set for service of Defendants John Smith and Jeff Scott Brummett from July 21, 2009, to August 14, 2009.

DATE: August 12, 2009     _____/s/ - "Karen L. Snell"_____
                          Karen L. Snell
                          Attorney for Plaintiffs

DATE: August 12, 2009     _____
                          Daniel Struck

IT IS SO ORDERED.

DATE:_____     _____
                        HON. SUSAN ILLSTON
                        UNITED STATES DISTRICT COURT

---

*Schilling v. TransCor America, LLC, et al.*  Case No. C08-00941 JL    Page 2
STIPULATION AND ORDER EXTENDING DEADLINE FOR SERVICE ON DEFENDANTS
SMITH AND BRUMMETT

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131