Andrew C. Schwartz (State Bar No. 064578)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131
E-Mail: Schwartz@cmslaw.com

Mark E. Merin (State Bar No. 043849)
Joshua Kaizuka (State Bar No. 212195)
LAW OFFICES OF MARK E. MERIN
2001 P Street, Suite 100
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com

Karen L. Snell (State Bar No. 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748
E-Mail: ksnell@clarencedyer.com

**Attorneys for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. SCHILLING, JOHN PINEDO, WILLIAM TELLEZ, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSCOR AMERICA, LLC, SGT. JOHN SMITH, OFFICER JEFF BRUMMETT, and DOES 1 through 100,<br><br>Defendants. | Case No. C08-00941 SI<br><br>**STIPULATION, DECLARATION AND PROPOSED ORDER EXTENDING THE PRE-CERTIFICATION DISCOVERY CUT-OFF**<br><br>**DATE: No Need For Hearing** |

Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, the parties hereby stipulate to extend the pre-certification discovery cut-off from October 30, 2009 to November 30,

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Schilling v. TransCor America, LLC, et al.* Case No. C08-00941 JL
STIPULATION TO EXTEND PRE-CERTIFICATION DISCOVERY CUT-OFF

Page 1

2009. This stipulation will not alter any other deadlines that have been set by the Court.

    Undersigned counsel declare that an extension of the pre-certification discovery cut-off is required in order to allow the parties to take the remaining depositions and otherwise complete pre-certification discovery. All parties made good faith efforts to complete discovery before October 30, 2009, but due to counsels' schedules it was not possible to do so within that time frame.

DATE: October 29, 2009

_____
Karen L. Snell
Attorney for Plaintiffs

DATE: October 29, 2009

_____
Daniel Struck
Attorney for Defendants

Pursuant to stipulation, it is so ordered.

DATE: October __, 2009

_____
Hon. Susan Illston
United States District Judge

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

Schilling v. TransCor America, LLC, et al. Case No. C08-00941 JL
STIPULATION TO EXTEND PRE-CERTIFICATION DISCOVERY CUT-OFF

Page 2