Jones, Skelton & Hochuli, P.L.C.
Daniel P. Struck, Bar No. 012377 *(admitted pro hac vice)*
dstruck@jshfirm.com
Rachel Love, Bar No. 019881 *(admitted pro hac vice)*
rlove@jshfirm.com
Lisa S. Wahlin, Bar No. 013979 *(admitted pro hac vice)*
lwahlin@jshfirm.com
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:     (602) 263-1700
Facsimile:     (602) 200-7811

McCormick, Barstow, Sheppard, Wayte & Carruth, LLP
Matthew E. Fletcher, Bar No. 198028
Nicholas C. Miller, Bar No. 249003
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:     (602) 263-1700
Facsimile:     (602) 200-7811

Attorneys for Defendants,
TransCor America, L.L.C., Jeff Brummett and John Smith

**DENIED** — Judge Susan Illston

**UNTIMELY**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. SCHILLING, on behalf of himself and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSCOR AMERICA, LLC, SGT. JOHN SMITH, OFFICER BLANDEN, and DOES 1 through 100,<br><br>Defendants. | Case No.  3:08-cv-00941 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY PURSUANT TO LOCAL RULE 7-3(D)** |

Upon consideration of Defendants' Request to File Notice of Supplemental Authority pursuant to Local Rule 7–3(d), and for good cause there appearing, the Court GRANTS Defendants' Request, and IT IS ORDERED accepting as filed Defendants' Notice of Supplemental Authority.

1  Dated: _____     _____
2                                      Hon. Susan Illston
3                                      United States District Judge
4  2164090.1

JONES, SKELTON &
HOCHULI, P.L.C.
ATTORNEYS AT LAW
PHOENIX

- 2 -

ORDER RE:
NOTICE OF SUPPLEMENTAL AUTHORITY
3:08-cv-00941 SI