IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. SCHILLING, JOHN PINEDO, WILLIAM TELLEZ, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSCOR AMERICA, LLC, SGT. JOHN SMITH, OFFICER JEFF BRUMMETT, and DOES 1 through 100,<br><br>Defendants. | Case No. 3:08-cv-00941-SI<br><br>**[PROPOSED] ORDER RE: NOTICE OF PENDENCY OF CLASS ACTION** |

The court has received and reviewed the parties Proposed Notice of Pendency of Class Action and the proposed method to provide such notice and approves the language. Notice shall be given within 30 days of the date of this order and published, as proposed, in Prison Legal News for three successive months starting with the first issue in which publication can be arranged following the date of this order.

DATED: _____  _____
HON. SUSAN ILLSTON
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**[PROPOSED] ORDER RE: NOTICE OF PENDENCY OF CLASS ACTION**
*Schilling, et al. v. TransCor, et al.,* USDC, Northern District, Case No. 3:08-cv-00941-SI

1