FILED
APR 14 2010
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KEVIN M. SCHILLING; et al., | No. 10-80055 |
| Plaintiffs - Respondents, | D.C. No. 3:08-cv-00941-SI<br>Northern District of California,<br>San Francisco |
| v. | |
| TRANSCOR AMERICA, LLC; et al., | ORDER |
| Defendants - Petitioners. | |

Before: FISHER and M. SMITH, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's February 16, 2010 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

KS/MOATT