FILED
JUL 08 2010
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KEVIN M. SCHILLING; et al.,<br><br>Plaintiffs - Respondents,<br><br>v.<br><br>TRANSCOR AMERICA, LLC; et al.,<br><br>Defendants - Petitioners. | No. 10-80055<br><br>D.C. No. 3:08-cv-00941-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: FISHER and M. SMITH, Circuit Judges.

Petitioners' petition for rehearing en banc, received on May 4, 2010, is deemed filed and is construed as a motion to reconsider en banc the court's April 14, 2010 order. So construed, the motion is denied on behalf of the court. *See* 9th Cir. R. 27-10; 9th Cir. Gen. Ord. 6.11.

No further filings shall be accepted in this closed case.

KS/MOATT