# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

October 8, 2010

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  TransCor America, LLC, et al.
           v. Kevin M. Schilling, et al.
           No. 10-468
           (Your No. 10-80055)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on October 6, 2010 and placed on the docket October 8, 2010 as No. 10-468.

                          Sincerely,

                          **William K. Suter**, Clerk

                          by

                          Erik A. Fossum
                          Case Analyst