1   Andrew C. Schwartz (State Bar No. 064578)
CASPER, MEADOWS, SCHWARTZ & COOK
2   A Professional Corporation
California Plaza
3   2121 North California Blvd., Suite 1020
Walnut Creek, California  94596
4   Telephone:    (925) 947-1147
Facsimile:     (925) 947-1131
5   E-Mail:  Schwartz@cmslaw.com

6   Mark E. Merin (State Bar No. 043849)
LAW OFFICES OF MARK E. MERIN
7   2001 P Street, Suite 100
Sacramento, California  95814
8   Telephone:    (916) 443-6911
Facsimile:     (916) 447-8336
9   E-Mail:  mark@markmerin.com

10  Karen L. Snell (State Bar No. 100266)
Attorney at Law
11  102 Buena Vista Terrace
San Francisco, CA  94117
12  Telephone:  (415) 225-7592
Facsimile:  (415) 487-0748
13  E-Mail:  ksnell@snell-law.com
Attorneys for Plaintiff

14

15              IN THE UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

18  KEVIN M. SCHILLING, JOHN PINEDO,          Case No.  C08-00941 SI
WILLIAM TELLEZ, on behalf of themselves
19  and all those similarly situated,

20              Plaintiffs,                   **PROPOSED JOINT SCHEDULING ORDER**

21  vs.

22  TRANSCOR AMERICA, LLC, SGT. JOHN
SMITH, OFFICER BLANDEN, and DOES 1
23  through 100,

24              Defendants.

25        Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the

26  parties hereby submit this Joint Proposed Scheduling Order:

27        Trial ................................................................. August 6, 2012 at 9:00 a.m.

28        Final Pretrial Conference........................................... July 6, 2012 at 9:30 a.m.

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

1         Last Day for Hearing Dispositive Motions...............June 15, 2012

2         Fact Discovery Cutoff ...........................................March 23, 2012

3         Expert Discovery Cutoff.........................................May 25, 2012

4         Designation of Experts with Reports ....................... April 6, 2012

5         Designation of Rebuttal Experts with Reports...........May 4, 2012

6

7    Respectfully submitted,

8    DATE:  June 7, 2011                _____ /s/  - "Andrew C. Schwartz" _____

9                                          Casper, Meadows, Schwartz & Cook

10                                          Attorney for Plaintiffs

11    DATE:  June 7, 2011                _____ /s/ "Karen L. Snell" _____

12                                          Law Office of Karen L. Snell
                                         Attorney for Plaintiffs

13

14    DATE:  June 7, 2011                _____ /s/  - "Mark E. Merin" _____

15                                          Law Offices of Mark Merin
                                         Attorney for Plaintiffs

16    DATE:  June 7, 2011               _____ /s/ - "*Daniel P. Struck*" _____

17                                          Daniel P. Struck, Esq.
                                         Rachel Love, Esq.

18                                          JONES, SKELTON & HOCHULI, P.L.C.

19

20

21

22

23

24

25

26

27

28



CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131