MICHAEL W. FOSTER (State Bar No. 127691)
mfoster@fosteremploymentlaw.com
MADELYN G. JORDAN DAVIS (State Bar No. 181771)
mjd@fosteremploymentlaw.com
FOSTER EMPLOYMENT LAW
3000 LAKESHORE AVENUE
OAKLAND, CA.  94610
TELEPHONE: (510) 763-1900
FACSIMILE: (510) 763-5952

Attorneys for Defendants
CITY OF OAKLAND, JENNIFER RAY,
JOSEPH TORRES, JOHN FARRELL AND
GERALD A. SIMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EL-MALIK CURTIS,<br><br>   Plaintiff,<br><br>  vs.<br><br>CITY OF OAKLAND, JENNIFER RAY,<br>JOSEPH TORRES, JOHN FARRELL<br>AND GERALD A. SIMON, CHIEF, and<br>DOES 1 through 15,<br><br>   Defendants.<br>_____ | Case No. C10-00358-SI<br><br>Date Action Filed:   Jan. 6, 2010<br>Current Trial Date:   Sept. 6, 2011<br>Current Final Pretrial Con: Aug. 23, 2011<br><br>**STIPULATION AND JOINT REQUEST**<br>**FOR AN ORDER BY ALL PARTIES**<br>**EXTENDING THE DEADLINE FOR**<br>**EXCHANGE OF FACT DISCOVERY** |

   1.  Defendants CITY OF OAKLAND, JENNIFER RAY, JOSEPH TORRES, JOHN FARRELL and GERALD A. SIMON ("Defendants") and Plaintiff RONALD EL-MALIK CURTIS ("Plaintiff") (hereinafter referred to collectively as "the parties") hereby stipulate to extend the deadline for the exchange of fact discovery.

FOSTER employmentlaw
3000 Lakeshore Avenue
Oakland, California 94610

1      2.      In the interests of justice, and for good cause, the parties agree to extend fact

2 discovery in light of counsel for Defendants, Madelyn Jordan-Davis' unexpected medical leave.  Ms.

3 Davis is the lead counsel for Defendants and due to her earlier unplanned absence there has been a

4 significant delay in the exchange of discovery.  The parties hereby agree that if discovery closed on

5 April 1, 2011 then the trial will not be able to proceed on its full merits, as much of the factual

6 investigation and discovery that is necessary for both parties has not been completed.  Accordingly,

7 in the interest of justice, the parties hereby stipulate and respectfully request the Court enter an order

8 extending the deadline for the exchange of fact discovery from April 1, 2011 to September 30, 2011.

9

10      IT IS SO STIPULATED.

11 Dated:  June 6, 2011                    PRICE AND ASSOCIATES

12

13                                   _____/s/_____

14                                   Pamela Y. Price
                                    Jacqueline Lindsey
15                                   Attorneys for Plaintiff
                                    RONALD EL-MALIK CURTIS
16

17 Dated:  June 6, 2011                    FOSTER EMPLOYMENT LAW

18

19                                   _____/s/_____

20                                   Michael W. Foster
                                    Madelyn G. Jordan-Davis
21                                   Attorneys for Defendants
                                    CITY OF OAKLAND, OAKLAND FIRE
22                                   DEPARTMENT, JENNIFER RAY, JOSEPH
                                    TORRES, JOHN FARRELL AND
23                                   GERALD A. SIMON

24

25

26

27

28

**FOSTER** employment law
3000 Lakeshore Avenue
Oakland, California 94610

STIPULATION BY ALL PARTIES TO EXTEND THE DEADLINE FOR FACT DISCOVERY

1

**[PROPOSED] ORDER**

2      Having read and considered the Stipulation and Joint Request for an Order Extending the

3  Discovery Deadline and GOOD CAUSE APPEARING therefore, IT IS HEREBY ORDERED that

4  the discovery deadline be reset to September 30, 2011.  Counsel for Defendants shall promptly serve

5  a copy of this Order on Plaintiff's counsel.

6

7  DATED: ___6/20/11___

8                                                      UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FOSTER** employmentlaw
3000 Lakeshore Avenue
Oakland, California 94610

STIPULATION BY ALL PARTIES TO EXTEND THE DEADLINE FOR FACT DISCOVERY