Andrew C. Schwartz (State Bar No. 064578)
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone:   (925) 947-1147
Facsimile:    (925) 947-1131
E-Mail:  Schwartz@cmslaw.com

Mark E. Merin (State Bar No. 043849)
LAW OFFICES OF MARK E. MERIN
2001 P Street, Suite 100
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:  mark@markmerin.com

Karen L. Snell (State Bar No. 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748
E-Mail:  ksnell@snell-law.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. SCHILLING, JOHN PINEDO, WILLIAM TELLEZ, on behalf of themselves and all those similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>TRANSCOR AMERICA, LLC, SGT. JOHN SMITH, OFFICER BLANDEN, and DOES 1 through 100,<br><br>　　　　　　Defendants. | Case No.  C08-00941 SI<br><br>**PROPOSED JOINT SCHEDULING ORDER** |

Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties hereby submit this Joint Proposed Scheduling Order:

Trial ................................................................ August 6, 2012 at ~~9:00 a.m.~~ 8:30 a,n,

Final Pretrial Conference........................................ July ~~6,~~ 10 2012 at ~~9:30 a.m.~~ 3:30 p.m.

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Schilling v. TransCor America, LLC, et al.*  Case No. C08-00941 SI          Page 1
{PROPOSED} JOINT SCHEDULING ORDER

Last Day for Hearing Dispositive Motions............... June 15, 2012

Fact Discovery Cutoff ..........................................March 23, 2012

Expert Discovery Cutoff..........................................May 25, 2012

Designation of Experts with Reports ........................ April 6, 2012

Designation of Rebuttal Experts with Reports........... May 4, 2012

Respectfully submitted,

DATE:  June 7, 2011          /s/  - "Andrew C. Schwartz"
                             Casper, Meadows, Schwartz & Cook
                             Attorney for Plaintiffs

DATE:  June 7, 2011          /s/  - "Karen L. Snell"
                             Law Office of Karen L. Snell
                             Attorney for Plaintiffs

DATE:  June 7, 2011          /s/  - "Mark E. Merin"
                             Law Offices of Mark Merin
                             Attorney for Plaintiffs

DATE:  June 7, 2011          /s/ - "*Daniel P. Struck*"
                             Daniel P. Struck, Esq.
                             Rachel Love, Esq.
                             JONES, SKELTON & HOCHULI, P.L.C.



IT IS SO ORDERED
Judge Susan Illston

*Schilling v. TransCor America, LLC, et al.*  Case No. C08-00941 SI
{PROPOSED} JOINT SCHEDULING ORDER

Page 2

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131