| | |
|---|---|
| STRUCK WIENEKE & LOVE, P.L.C.<br>Daniel P. Struck, Bar No. 012377 *(admitted pro hac vice)*<br>dstruck@swlfirm.com<br>Rachel Love, Bar No. 019881 *(admitted pro hac vice)*<br>rlove@swlfirm.com<br>David C. Lewis, Bar No. 012791 *(admitted pro hac vice)*<br>dlewis@swlfirm.com<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226<br>Telephone: (480) 420-1600<br>Facsimile: (480) 420-1696 | (SPACE BELOW FOR FILING STAMP ONLY) |

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP
Matthew E. Fletcher, Bar No. 198028
P. O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
Attorneys for Defendants,
TransCor America, L.L.C., Jeff Brummett and John Smith

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. SCHILLING, JOHN PINEDO, WILLIAM TELLEZ, on behalf themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSCOR AMERICA, LLC, SGT. JOHN SMITH, OFFICER JEFF BRUMMETT, and DOES 1 through 100,<br><br>Defendants. | Case No. 3:08-cv-00941 SI<br><br>**STIPULATION, DECLARATION, AND ~~PROPOSED~~ ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**DATE: MAY 18, 2012, 9 AM** |

Pursuant to Civil Local Rule 6-1, 6-2, and 7-12, the parties hereby stipulate to grant Defendants 90 days, or until March 20, 2012, in which to respond to Plaintiffs' Motion for Partial Summary Judgment, and allow Plaintiffs to file any reply by April 20, 2012, and in so doing

vacate the current January 27, 2012 (9 am) hearing date and reschedule such hearing for May 18, 2012 at 9 am. This stipulation will not alter any other deadlines that have been set by the Court.

Undersigned counsel declare that an extension of the summary judgment briefing schedule is required to allow Defendants to take specific discovery and otherwise gather evidentiary materials to adequately prepare their response, and that the modified briefing schedule is otherwise consistent with the current dispositive-motion deadline of April 23, 2012.

Dated: December 30, 2011        STRUCK WIENEKE & LOVE, P.L.C.


By */s/ Daniel P. Struck*
Daniel P. Struck *(admitted pro hac vice)*
Rachel Love *(admitted pro hac vice)*
David C. Lewis *(admitted pro hac vice)*

McCORMICK, BARSTOW, SHEPPARD,
 WAYTE & CARRUTH LLP

Nicholas C. Miller
Matthew E. Fletcher

Attorneys for Defendants, TransCor America, L.L.C., Jeff Brummett and John Smith

By: */s/ Andrew C. Schwartz (per authority)*
Andrew C. Schwartz, Esq.
Attorney for Plaintiffs


Pursuant to Stipulation, it is so ordered.

DATED: January _4_, 2012.

_____
Hon. Susan Illston
United States District Judge

- 2 -        Stipulation regarding Briefing Schedule
3:08-CV-00941 SI