IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. SCHILLING, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSCOR AMERICA, LLC, *et al.*,<br><br>Defendants.<br>_____/ | No. C 08-941 SI<br><br>**ORDER CONTINUING CERTAIN DATES** |

Defendants have filed an administrative motion to extend discovery deadlines and continue trial. Plaintiffs oppose the motion. For good cause shown, the Court rules as follows.

The trial date is continued to September 24, 2012. The Pretrial Conference is continued to September 11, 2012.

Hearing on plaintiffs' motion for partial summary judgment is continued to June 15, 2012. Defendants' opposition briefs are due May 25, 2012. Defendants have leave to depose the six witnesses identified on page 4 of their motion (three declarants, plus Brooks, Atherton and Katsaris) prior to filing their opposition papers.

In all other respects, the administrative motion is denied..

**IT IS S1O ORDERED.**

Dated: Marcy 12, 2012

SUSAN ILLSTON
United States District Judge