UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. SCHILLING, JOHN PINEDO, WILLIAM TELLEZ, on behalf themselves and all those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRANSCOR AMERICA, LLC, SGT. JOHN SMITH, OFFICER JEFF BRUMMETT, and DOES 1 through 100,<br><br>    Defendants. | Case No. 3:08-cv-00941 SI<br><br>[~~PROPOSED~~] ORDER |

Upon consideration of the parties' Joint Motion to Extend Trial Date and Discovery Deadlines, and finding good cause therefore, the scheduling order is revised as follows:

| Event | Revised Deadline |
|---|---|
| Deposition of W. Ken Katsaris | 60 days before trial |
| Deposition of Jack Atherton | 60 days before trial |
| Deposition of George Sullivan | 60 days before trial |
| Deposition of Linda Dodson | 60 days before trial |
| Deposition of Curtiss Sullivan | 60 days before trial |
| Disclosure of any and all remaining witnesses the parties intend to call trial. | 60 days before trial |
| Trial | February 19 2013 |

Trial previously scheduled for 9/24/12 is continued to 2/19/13, and the pertrial is continued to 2/5/12.

**SO ORDERED.**

Dated: 5/23/12

*/s/ Susan Illston*
JUDGE SUSAN ILLSTON
United States District Judge

copies to all parties via CM/ECF.

2657585.1