IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. SCHILLING, JOHN PINEDA, WILLIAM TELEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TRANSCOR AMERICA, LLC, *et al.*,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 08-941 SI<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court hereby sets a **Further Case Management Conference for Monday, December 3, 2012 at 4:00 p.m.** Counsel may attend by telephone, but should notify the Courtroom Deputy in advance if they plan to do so.

Counsel shall be prepared to discuss the status of the individual cases and what plan, if any, counsel have to inform former or putative class members regarding the status of the case. (See, e.g., Dkt. No. 212, letter from Troy Roberts filed 10/03/12; Dkt. 213, Notice filed 11/2/12; and Dkt. No. 214, letter from Scott R. Wilcox filed 11/14/12).

**IT IS SO ORDERED.**

Dated: November 20, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge