Mark E. Merin (State Bar No. 043849)
**LAW OFFICE OF MARK E. MERIN**
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:       mark@markmerin.com

Andrew C. Schwartz (State Bar No. 064578)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
California Plaza
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone:   (925) 947-1147
Facsimile:   (925) 947-1131
E-Mail:       schwartz@cmslaw.com

Karen L. Snell (State Bar No. 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, California 94117
Telephone:   (415) 225-7592
Facsimile:   (415) 487-0748
E-Mail:       ksnell@snell-law.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN M. SCHILLING, JOHN PINEDO, WILLIAM TELLEZ, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSCOR AMERICA, LLC, SGT. JOHN SMITH, OFFICER JEFF BRUMMETT, and DOES 1 through 100,<br><br>Defendants. | Case No. 3:08-cv-00941-SI<br><br>[~~PROPOSED~~] ORDER APPROVING PLAN TO PROVIDE CLASS NOTICE |

On December 3, 2012, the Court presided at a case management conference in the above-captioned matter. At that time, the Court considered and approved, as reasonable and appropriate, the Plaintiffs' proposal to provide notice to class members by publication in the Prison Legal News.

It is hereby ordered that notice, substantially in the form attached to this order as "Exhibit 1," shall be published prominently in the Prison Legal News, in the first issue of the publication in which such notice may be printed following the issuance of this order.

SO ORDERED.

Dated:   12/12/2012

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE